# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

LEONARD BADENHORST (SAMANTHA)

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

IDOC DIRECTOR LATOYA HUGHES
CCC WARDEN DANIEL MONTI
WEXFORD HEALTH SERVICES INC.
HCUA CHRISTINE VINEYARD
THE "PSYCHIATRY BOARD" JOHN/JANE DOE Z i
MENTAL HEALTH AUTHORITY JANE DOE L
DR BEDRANZ

*Defendant(s)/Respondent(s)*

ADA COORDINATOR TERRY SHUTY
~~SGT HIGGINS~~

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: **25-382-SPM**

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

42 USC # 12101 ET SEQ ADA
29 USC # 794 RA
42 USC # 1985 (3)
ILL TORTS

## I.    JURISDICTION

Plaintiff:   SAMANTHA' (LEONARD) BADENHORST

A.    Plaintiff's mailing address, register number, and present place of confinement.   LEONARD BADENHORST M16573
CENTRALIA CORR CENTRE
9330 SHATTUC RD
CENTRALIA, IL 62801

Defendant #1:  IDOC DIRECTOR LATOYA HUGHES:

B.    Defendant   LATOYA HUGHES   is employed as
              (a)    (Name of First Defendant)

IDOC DIRECTOR
(b)                     (Position/Title)

with   IDOC AT P.O. BOX 19277 SPRINGFIELD,
(c)       (Employer's Name and Address)

IL 62794.

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:  IDOC DIRECTOR LAYTOYA
HUGHES IS EMPLOYED BY THE STATE OF ILL TO RUN
THE ILL DEPT. OF CORRECTIONS AND OPERATED UNDER
THE COLOR OF STATE LAW AT ALL TIMES. SHE IS
SUID IN HER OFFICIAL CAPACITY UNDER THE ADA + RA

Rev. 10/3/19

superate pronouns her she and samantha and will be referred to using these pronouns thought out the remainder of this pleading.

DEFENDANT #2: PREVIOUS WARDEN OF CENTRALIA CORR. CENTRE DANIEL MONTI:

DEFENDANT DANIEL MONTI is employed as promoted to unknown position in IDOC with IDOC at P.O. BOX 19277 Springfield, IL 62794

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS DEFENDANT #2 employed by the STATE, LOCAL, OR FEDERAL GOV. ☒ yes

EXPLAIN: DANIEL MONTI WAS WARDEN OF CCC FOR APPROX 3-4 YEARS PRECEEDING HIS PROMOTION IN APPROX JAN-FEB 2025 DANIEL MONTI OPERATED UNDER COLOR OF STATE LAW AT ALL TIMES AND IS SUID IN HIS INDIVIDUAL CAPACITY UNDER ILL TORTS, 42 USC § 1983, 42 USC § 1985(3) FOR DAMAGES AND HIS OFFICIAL CAPACITY FOR INJUNCTIVE RELIEF UNDER 42 USC § 1983.

Defendant #3: WEXFORD HEALTH SOURCES INC.

Defendant WEXFORD HEALTH SOURCES INC. IS THE MEDICAL CONTRACTOR FOR THE ILL DEPT. OF CORRECTIONS AND IS LOCATED OUT OF PENNSYLVANIA.

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE WAS DEFENDANT #3 CONTRACTED BY THE THE STATE OF ILL ☒ yes.

EXPLAIN: WEXFORD HEALTH SOURCES INC HAS BEEN THE MEDICAL CONTRACTOR FOR IDOC FOR DECADES AND WAS RECENTLY AWARDED A RENEWAL ON THEIR CONTRACT. WEXFORD HEALTH SOURCES OPERATES UNDER COLOR OF STATE LAW AT ALL TIMES AND IS SUID AS A PERSON IN THEIR INDIVIDUAL CAPACITY FOR DAMAGES.

Defendant #4: HEALTH CARE UNIT ADMINISTRATOR CHRISTINE VINEYARD.

Defendant CHRISTINE VINEYARD is employed as THE HEALTH CARE ADMINISTRATOR OF CENTRALIA CORR CENTRE WITH THE ILL DEPT. OF CORR. AT 9330 SHATTUC RD CENTRALIA, IL 62801

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE WAS DEFENDANT #4 employed by the STATE, LOCAL, OR FEDERAL GOVERNMENT ☒ yes

EXPLAIN: CHRISTINE VINEYARD WAS HIRED AS THE HCUA SHORTLY AFTER DANIEL MONTI WAS PROMOTED TO WARDEN AND SHE CONTINUES IN THIS POSITION AS OF THIS FILING. SHE IS SUID IN HER INDIVIDUAL CAPACITY UNDER ILL TORT LAW, 42 USC § 1983 FOR DAMAGES AND HER OFFICIAL CAPACITY FOR INJUNCTIVE RELIEF UNDER 42 USC § 1983. CHRISTINE VINEYARD OPERATED UNDER COLOR OF STATE LAW AT ALL TIMES.

DEFENDANT #5  THE  PSYCHIATRY BOARD    ASSUMED TO BE COMPRISED OF UNKNOWN MEMBERS FROM WEXFORD HEALTH SOURCES INC AND IDOC. JOHN/JANE DOE 2 → N TO BE DETERMINED LATER.

Defendant  THE Psychiatry BOARD IS employed by WEXFORD HEALTH SOURCES INC OUT OF Pennsylvania AND IDOC assumed TO BE AT P.O. BOX 19277 SPRINGFIELD, IL 62794 AND IS CONSULTED TO MAKE POLICY FOR PsychiATRIC AND MENTAL HEALTH TREATMENT FOR IDOC,

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS DEFENDANT #5 employed BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT ☒ YES

EXPLAIN: THE Psychiatry BOARD IS COMPRISED OF MEDICAL Professionals THAT ARE CONSULTED TO MAKE POLICY FOR PsychiATRIC TREATMENT FOR INMATES AT IDOC. BOARD MEMBERS CHANGE periodically AND A LIST WILL NEED TO BE PROVIDED OF BOARD MEMBER AT OR APPROX 7-10-24 FOR THE MAKING OF THE POLICY NOT TO TREAT, THEY OPPERATED UNDER COLOR OF STATE LAW AT ALL TIMES AND ARE SUID IN THEIR INDIVIDUAL CAPACITY UNDER ILL TORT LAW AND 42 USC § 1983 FOR DAMAGES.

Defendant #6: MENTAL HEALTH AUTHORITY JANE DOE 1

Defendant JANE DOE 1 IS EMPLOYED AS THE MENTAL HEALTH AUTHORITY WITH CENTRALIA CORR. CENTRE AT 9330 SHATTUC RD CENTRALIA, IL 62801

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS Defendant #6 employed by THE STATE, LOCAL, OR FEDERAL GOV. ☒ YES

EXPLAIN: JANE DOE 1 WAS Employed by IDOC DURING THE events occuring on 4-10-24 AND CONTINUES IN HER POSITION TODAY. JANE DOE 1 IS SUID IN HER INDIVIDUAL CAPACITY FOR DAMAGES UNDER ILL TORT LAW, 42 USC § 1983 AND IN HER OFFICIAL CAPACITY UNDER 42 USC § 1983 FOR INJUNCTIVE RELIEF. JANE DOE 1 OPPERATED UNDER COLOR OF STATE LAW AT ALL TIMES.

DEFENDANT #7:    DR BEDRANZ

Defendant  DR BEDRANZ  IS employed by WEXFORD HEALTH SOURCES INC WITH THE IDOC AT CENTRALIA CORR. CENTRE AT 9330 SHATTUC RD CENTRALIA, IL 62801

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS Defendant #7 employed by THE STATE, LOCAL, OR FED GOV. ☒ YES.

EXPLAIN: DR BEDRANZ HAS BEEN A TELEPSYCHIATRIST FOR THE CENTRALIA CORR CENTRE FOR MANY YEARS AND OPPERATES UNDER THE COLOR OF STATE LAW AT ALL TIMES. DR BEDRANZ IS SUID IN HIS INDIVIDUAL CAPACITY UNDER ILL TORT LAW AND 42 USC § 1983 FOR DAMAGES.

DEFENDANT #8   THE ADA COORDINATOR  TERRY SHULTY

Defendant   Terry Shulty   is employed as
THE ADA COORDINATOR WITH IDOL AT CENTRALIA CORR.
CENTRE  9330 SHATTUC RD  CENTRALIA, IL 62801

AT THE TIMES THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS
DEFENDANT #8 EMPLOYED BY THE STATE, LOCAL, OR FED GOV.
☒ YES

EXPLAIN: TERRY SHULTY WAS THE FORMER HEAD OF
MENTAL HEALTH AT CCC PRIOR TO A POSITION CHANGE
TO THE ADA COORDINATOR A FEW YEARS AGO. TERRY
SHULTY OPERATED UNDER COLOR OF STATE LAW AT ALL TIMES
AND IS SUED IN HER INDIVIDUAL CAPACITY UNDER ILL TORT
LAW AND 42 USC # 1983 FOR DAMAGES AND HER OFFICIAL
CAPACITY UNDER 42 USC # 1983 FOR INJUNCTIVE RELIEF.

II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): _STATE OF IL_

Defendant(s): _LEONARD BADENHERST_

2.    Court (if federal court, name of the district; if state court, name of the county): _TAZAVIOS COUNTY COURT_

3.    Docket number: _08 CF 138_

4.    Name of Judge to whom case was assigned: _?_

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): _2-1401_

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _pending_

7.  Approximate date of filing lawsuit: *9-24-24*

8.  Approximate date of disposition:
    *PENDING*

9.  Was the case dismissed as being frivolous, malicious, or for failure to
    state a claim upon which relief may be granted and/or did the court
    tell you that you received a "strike?" *NOT APPLICABLE.*


III.   GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.  Did you present the facts relating to your complaint in the prisoner
    grievance procedure?                               ☒ Yes   ☐ No

C.  If your answer is YES,
    1.  What steps did you take? *FILED GRIEVANCES, APPEALED*
        *TO WARDEN, APPEALED TO ADMIN. REVIEW BOARD*

    2.  What was the result?
        *ALL DENIED*

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you
    complain to prison authorities?                     ☐ Yes   ☐ No

F.  If your answer is YES,
    1.  What steps did you take?

2.    What was the result?

*Pending.*

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*yes,*

IV.     STATEMENT OF CLAIM

A.     State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

~~STATEMENT~~ STATEMENT OF CLAIMS IS WRITTEN ON BLANK PAPER ATTACHED

CLAIM 1: DISCRIMINATION, TITLE II, THE PUBLIC ENTITY SECTION OF THE ADA AND SECTION 504 OF THE RA AGAINST DEFENDANT LaTOYA HUGHES IN HER OFFICIAL CAPACITY AS DIRECTOR OF IDOC FOR DISCRIMINATION BY A PUBLIC ENTITY RECIEVING FEDERAL FUNDS BY REASON OF THE PLAINTIFFS QUALIFYING DISABILITY.

## POSITIVE FACTS IN SUPPORT OF CLAIM 1

1) TITLE II OF THE ADA CREATES SUBSTANTIVE DUTIES ON EMPLOYEES AND ADMINISTRATORS OF A PUBLIC ENTITY SUCH AS THE ILL. DEPT OF CORRECTIONS, SPECIFICLY THE CENTRALIA CORR CENTRE, TO INSURE NO PERSON, INMATE OR OTHERWISE, IS SUBJECT TO DISCRIMINATION BY REASON OF THEIR DISABILITY.

2) THESE DUTIES CONCERNING IMPLEMENTATION OF SOLUTIONS AND TO ELIMINATE THE DISCRIMINATION FALL, BY HER POSITION, SPECIFICALLY ON THE ADA COORDINATOR, TERRY GROTY, WHOSE PREVIOUS POSITION AS MENTAL HEALTH ADMINISTRATOR OF CENTRALIA CORR. CENTRE, AND HER EDUCATION IN PSYCHOLOGY, ALONG WITH HER INVOLVEMENT IN OTHER INMATE ISSUES CONCERNING AUTISM SPECTRUM DISORDER PROVIDE HER WITH SPECIFIC SOLUTIONS TO PREVENT DISCRIMINATION AGAINST AND DETERMINE APPRIATE SERVICES AND NEEDS OF THE PLAINTIFF WITH AUTISM SPECTRUM DISORDER SYMPTOMS.

3) THE ADA COORDINATOR RESPONDS TO PLAINTIFF'S GRIEVANCE # K7-0724-726E (SEE ATTACHED DOC 1-5 ); BECAUSE DR BEDNARZ DID NOT PROVIDE A MEDICAL DIAGNOSIS FOR AUTISM SPECTRUM DISORDER THE PLAINTIFF MUST FOLLOW THE AD 04.01.111 "ADA ACCOMDA (SEE ATTACHED DOC 6-8  FOR SPECIFICS ) AND THE INMATE ORIENTATION MANUAL'S DIRECTIVE FOR THE PLAINTIFF HERSELF TO APPLY FOR ADA ACCOMODATIONS.

4) THE ADA 04.01.111 AND THE INMATE ORIENTATION MANUAL DIRECTIVE HAVE A SPECIFIC DISCRIMINATORY EFFECT ON THE PLAINTIFF DUE TO NEUROLOGICAL DISABILITIES IN FIGURING OUT WHAT ACCOMINATIONS WOULD BE USEFUL, AVAILABLE AND NECESSARY AND COMMUNICATION DEFICIENCIES THAT IMPEAD PROPER CONVEYANCE OF HIGHLY COMPLEX SYMPTOMS AND SOLUTIONS TO PROBLEMS IN CONNECTION WITH AUTISM SPECTRUM DISORDER SYMPTOMS.

5) THE AD 04.01.111 AND THE INMATE ORIENTATION MANUAL DIRECTIVE PROVIDE FOR ASSISTANCE VIA UNIT HOUSE COUNCELER IN THE EVENT OF LIMITED LANGUAGE AND WRITING ABILITIES WHICH PLACE ADA DUTIES, IN THIS INSTANCE, ON EMPLOYEES WITHOUT PROPER TRAINING AND EDUCATION IN ACCOMIDATIONS AND NEEDS FOR NEUROLOGICAL AND COMMUNICATIONS DISABILITIES ASSOCIATED WITH AUTISM SPECTRUM DISORDER. (SEE ATTACHED DOC 6-8 )

6) THE CONFLICT BETWEEN AD 04.01.111, AND THE INMATE ORIENTATION MANUAL DIRECTIVE AND THE TITLE II OF THE ADA AND SECTION 504 OF THE RA LIMIT THE ADA COORDINATOR'S ABILITY TO ACT ON HIS/HER OWN INITIATIVE.

7) THE TOTALITY OF THESE FACTS HAS A SPECIFIC DISCRIMINATORY EFFECT ON THE PLAINTIFF WITH QUALIFYING SYMPTOMS OF AUTISM SPECTRUM DISORDER IN THAT THE GOAL HERE SEEMS TO PREVENT ACCESS TO REMEDIES FOR PEOPLE WITH NEUROLOGICAL AND COMMUNICATIONS BARRIORS OR DIFFERENCES.

8) THE HCU AND THE MHA ALSO HAVE SUBSTANTIVE DUTIES RELATED SUBSTANTIVELY ASSIGNED BY TITLE II OF THE ADA AND SECTION 504 OF THE RA RELATING TO THEIR POSITIONS, EDUCATION, AND EXPERIENCE TO REPORT DISCRIMINATION AND ACTIVELY SEEK SOLUTIONS TO AND PREVENTIONS OF DISCRIMINATION BY REASON OF AUTISM SPECTRUM DISORDER SYMPTOMS OF THE PLAINTIFF.

CLAIM 2 IS A VIOLATION OF THE U.S. 8TH AMEND. AGAINST WEXFORD
HEALTH SOURCES INC FOR MAINTAING A POLICY TO DENY THE
PLAINTIFF AND ALL INMATES ACCESS TO SCREENING AND DIAGNOSTICS
FOR AUTISM SPECTRUM DISORDER. THIS POLICY IS A VIOLATION
OF THE U.S. CONST'S. 8TH AMEND. PROSCRIPTION OF CRUEL AND
UNUSUAL PUNISHMENT BECAUSE ASD SYMPTOMS CREATE DANGENOUS
SITUATIONS FOR THE PLAINTIFF IN AN INCARCERATION environment
AND cause INJURY TO THE PLAINTIFF.

POSITIVE STATEMENTS OF FACTS IN SUPPORT OF
CLAIM 2

1) ON 7-10-24 AT CENTRALIA CORR. CENTER'S HEALTH CARE UNIT,
THE PLAINTIFF SAW DR BEDRANZ, A BOARD CERTIFIED PsychiAtrist, FOR
employed BY WEXFORD HEALTH SOURCES INC., FOR REPORTED AND OBSERVED
AUTISM SPECTRUM DISORDER SYMPTOMS CONCERNING COGNATIVE INTERUPTATION,
communication DEFICITS, Poor eye CONTACT, AND BEHAVIORABLE problems
Associated with these symptoms.(SEE ATTACHED AFFIDAVID)

2) DR BEDRANZ STATED HE HAD MET WITH THE "psychiAtry boARD"AND
EveRyone ADREED THAT they would NOT OFFER SCREENING OR DIAGNOSTICS FOR
AUTISM SPECTRUM DISORDER AT ALL.

3) AS PER GrieVANCE Response #K7-0724-476E, ALL STAFF ABLE TO insure
these serVices ARE ACcessABLE HAVE Aggreed TO Enforce THE POLICY AGAINST
SCReening AND Diagnostics.(SEE ATTACHED DOC 1-5 )

4) FURTHER EVIDENCE: WAGNER'S DIAGNOSIS OF ASD WAS IN 2020 AND
HE IS STILL DENIED SERVICES AFTER THEY WERE ORDERED BY HIS
DOCTOR, DR BELL.(SEE ATTACHED DOC 14-18 )

CLAIM 3 IS A VIOLATION OF 42 USC X 1983, DIRECT EVIDENCE OF DILIBERATE INDIFRENCE, DENIAL OR DELAY OF ACCESS TO TREATMENT, FAILURE TO INQUIRE INTO ESSENTIAL FACTS THAT ARE NECESSARY TO MAKE A PROFESSIONAL JUDGEMENT AND INTERFERANCE WITH MEDICAL JUDGEMENT BY FACTORS UNRELATED TO PRISONER'S MEDICAL NEEDS, A VIOLATION OF THE U.S. CONST 8th AMEN. PROSCRIPTION OF CRUEL AND UNUSUAL PUNISHMENT AGAINST DR BEDNARZ, TERRY SHULTY, CHRISTINE VINEYARD AND MHA JANE DOE 1

## Positive FACTS IN SUPPORT OF CLAIM 3.

1) DR BEDNARZ AND THE "PSYCHIATRY BOARD" CREATED A POLICY TO NOT OFFER SCREENING OR DIAGNOSTICS FOR A DIAGNOSIS OF AUTISM SPECTRUM DISORDER BECAUSE IT HAS BEEN DEEMED UNDESIREABLE BY WEXFORD AND IDOC AS WELL AS WARDEN MONTI IN CONNECTION WITH WACHTER'S DIAGNOSIS OF AUTISM SPECTRUM DISORDER IN 2020, ALL ORDERED TESTS AND SERVICES WERE DENIED. (SEE ATTACHED AFFIDAVIT)

2) THIS POLICY PROHIBITS DR BEDNARZ FROM SCREENING OR DIAGNOSIS OF AUTISM SPECTRUM DISORDER IN THE PLAINTIFF AND, THEREFORE, NO INQUIRY INTO ESSENTIAL FACTS ABOUT THESE SYMPTOMS OR DIAGNOSIS EVER HAPPENED.

3) NO INQUIRY WAS ATTEMPTED OR MADE AND NO SCREENING OR DIAGNOSIS OF ANY KIND WAS OFFERED. (SEE ATTACHED DOC 1-5, 10-11)

4) THE HEALTH CARE ADMINISTRATOR CHRISTINE VINEYARD'S DUTIES ARE TO INSURE PROPER INQUIRY AND TREATMENT IS BEING CARRIED OUT BY WEXFORD CONTRACTORS; SHE AGREED WITH THE POLICY, THE DENIAL OF TREATMENT AND DIAGNOSIS AND HAD THE KNOLEGE AND EXPERENCE TO UNDERSTAND WHAT INQUIRY SHOULD HAVE BEEN MADE AND ALLOWED THE PLAINTIFF TO CONTINUE TO SUFFER DUE TO LACK OF DIAGNOSIS. (SEE ATTACHED DOG 6-7)

5) THE MENTAL HEALTH AUTORITY IS REQUIRED TO INSURE PROPER INFORMATION IS AVAILABLE TO ALL DEFENDANTS IN ORDER TO ASSIST IN THIS INQUIRY; HOWEVER, SHE HAS AGREED TO PARTICIPATE IN THIS DENIAL OF SCREENING AND DIAGNOSTICS AND REFUSES TO GET APPRIATLY ENVOLVED IN HOUSING THE PLAINTIFF OR ANY INMATES IN SINGLE CELLS EVEN THOUGH WACHTER WAS SINGLE CELLED AND GIVEN A SLOW EAT PERMIT FOR THESE SAME SYMPTOMS.

6) THE ADA COORDINATOR, TERRY SHULTY, THE FORMER HEAD OF MENTAL HEALTH IN 2020 WAS DIRECTLY INVOLVED IN INMATE WACHTER'S DENIAL OF TREATMENT FOR HIS ASD DIAGNOSIS AND IS ACUTLEY AWARE OF SERVICES, TREATMENT AND INQUIREIES THAT NEED TO BE MADE AND SPECIFICLY USEFUL ADA ACCOMODATIONS THAT CAN BE APPLIED BUT CONTINUES TO CHOOSE THIS POLICY TO DENY (SEE ATTACHED DOG 6-9)

7) TERRY SHULTY, CHRISTINE VINEYARD AND JANE DOE 1 AND DR BEDNARZ FAILED TO INQUIRE INTO FACTS NECESSARY TO MAKE PROFESSIONAL JUDGEMENTS AND IGNORED THEIR INDIVIDUL DUTIES TO THE PLAINTIFF TO INSURE SERVICES, TREATMENT, OR HELP.

CLAIM 4 AND 5; CLAIM 4 IS A VIOLATION OF 42 USC 1985(3) AND CLAIM 5 IS A VIOLATION OF THE ILL TORT OF CONSPIRACY. (THEIR ELEMENTS ARE SO SIMILAR BREVITY WAS IN ORDER SO THEY WERE COMBINED INSTEAD OF RESTATED.), AGAINST WARDEN MONTI FOR CONDUCTING A CONSPIRACY OF FOR WITH THE UNFUL OBJECTIVE OF SELF AGGRANDISEMENT FOR PROMOTION BY UNLAWFULLY DEPRIVING THE PLAINTIFF OF PROTECTIONS, MEDICAL TREATMENT, ADA SERVICES AND SUBJECTING HER TO PHYSICAL INJURY.

¶1) DANIEL MONTI, PREVIOUS WARDEN OF CENTRALIA CORR-CENTRE FORGED A GOAL OF SELF AGGRANDISEMENT FOR PURPOSES OF POSITIVE FUTURE REVIEW FOR PROMOTIONAL ADVANCEMENT BY POSITIONING STAFF IN DEPARTMENTS AND SECURITY POSITIONS THAT AGREED TO ASSIST IN HIS GOAL BY DIRECTLY OR INDIRECTLY LIMITING OR ELIMINATING ANY ACTUAL OR PRECEIVED INMATE PRIVILAGES, PREFERED TREATMENT, SERVICES, SAFETY PROTECTIONS OR PROTOCALS, AND FINALLY ANY LEGAL ENTITLEMENTS OR LEGAL PROTECTIONS HE FOUND TO BE DETRIMENTAL TO HIS GOAL.

¶2) THE HEALTH CARE ADMINISTRATOR, CHRISTINE VINEYARD, AGREED TO FURTHER THIS OBJECTIVE BY INSURING THE DENIAL OF AND INTERFERANCE WITH THE SCREENING, DIAGNOSIS AND ANY AND ALL SUBSEQUENT ADA SERVICES, PROTECTIONS, AND TREATMENTS OF AUTISM SPECTRUM DISORDER FOR THE PLAINTIFF BY ALL SUBORDINATE STAFF. (SEE ATTACHED DOC 3-4)

¶3) INJURY ACCURED WHEN SECURITY SGT HIGGENS WAS REPORTED TO THAT BECAUSE OF THE PLAINTIFFS INCREDIBLY HIGH ANXIETY PRODUCED BY ASD IN HIGH PRESURE SOCIAL ENGAGEMENT SHE WAS REPEATEDLY PRESSURED INTO UNWANTED SEXUAL ENCOUNTERS BY A KNOWN PREDATORIAL INMATE, JAMES TAYLOR AND WANTED HELP TO STOP IT. SGT HIGGENS STATED " I'LL BE BACK" AND LEFT, PRESUMABLY TO START ASSISTANCE OR HELP, UPON HIS RETURN HE STATED " THERE IS NOTHING I CAN DO, SHE WILL HAVE TO CALL PREA FROM THE DAYROOM PHONES. THE PLAINTIFF EVENTUALLY HAD TO REFUSE HOUSING TO GET AWAY FROM TAYLOR, (SEE ATTACHED AFFIDAVIT OF MANSLAUGHTER)

¶4) THE CLASS-BASED INVIDIOUSLY DISCRIMINATORY ANIMUS IS; DANIEL MONTI DENIED OR ORDERED THE DENIAL OF ADA PROTECTIONS AND SERVICES, RESICE DIAGNOSIS OF THE PLAINTIFF BECAUSE SHE IS QUALIFIED FOR AND PROTECTED AS A MEMBER OF THE ADA PROTECTED CLASS OF NEUROLOGICALLY DISABLED AND COMMUNICATION DEFICIENT INMATES WITH ASD AND THE REQUIRED SERVICES HE FEARED WOULD BE PRECEIVED BY OTHER INMATES AS PREFERENTIAL - AND THEREFOR DESIREABLE - WHICH WOULD BE DETRIMENTAL TO HIS GOAL.

POSITIVE FACTS IN SUPPORT OF CLAIMS 4 & 5

5) On June 5th 2022 Daniel Monti ordered placement to double cell Wachter after he was ordered single celled by authority above Daniel Monti: A service Daniel Monti has denied the plaintiff and on June 5th several other inmates that were single celled for various reasons. (see attached DOC 12, 23, 24)

6) Daniel Monti has purposely diverted incredible amounts of funds from all inmate benefit budgets and used these funds to purchase additional equipment for staff conferences and appearances for it's promotion such as shutting off the hot water supply to the inmate cells every night and turning it back on in the morning, stopping all clothing distribution to inmates from the clothing departments, depleting available commissary purchase to the point there is no clothes to buy either, no cleaning supplies, no art supplies, no maintenance for inmate programs, ordered spoiled or contaminated food served to inmates instead of destroying it, incredible reductions in health care, ADA services, he removed all duties from staff to inmates and placed them on inmates. (see attached affidavit Marc Wachter)

7) IDOC sees Wachter's ASD diagnosis as undesirable, expensive and inconvenient and Daniel Monti continued these denials to the plaintiff because if they denied Wachter then surely they would favor his denial of the plaintiff and further his goal. (see attached DOC 23, 24)

8) The institution has falsified PREA reports to PREA and PREA investigators reported for sexual acts and rapes in order to assist Monti in maintaining a perfect record. (see attached affidavit Marc Wachter)

9) The institution or Monti's orders denied protections and services to an inmate rape victims, subjected her to repeated threats and attempted attacks and when she called PREA she was transferred or disciplinary charges or weaponizing PREA in order to affect housing assignments. (ID)

10) The plaintiffs symptoms are similar and more secure than Wachter's ASD symptoms and the plaintiff vulnerability score is purposely kept below a 12 so the plaintiff can be double celled for staff conferences. (see attached affidavit Leonard Draper)

11) The plaintiff was purposely kept from medical treatment or services for ASD in order to avoid similar problems faced with Wachter's ASD services and programs.

12) These ASD symptoms have been observed by staff and inmates alike such as the plaintiffs need for strict adherence to a rigid schedule and when the plaintiff does not get let out on time for her transgender shower she becomes disruptive. (see attached DOC 20)

13) Other inmates with neurological disabilities are afforded some services such as Larry Okeley has a cane to walk with and an ADA worker for support but interruptive services for the plaintiff are looked at as cumbersome and undesirable by the staff and are categorily denied to plaintiff and others.

14) Daniel Monti was promoted in January of 2025

CLAIM 6    A VIOLATION OF THE ILL TORT OF NEGLECT AGAINST
DANIEL MONTI, CHRISTINE VINEYARD, JANE DOE1, DR BEDNARZ,
TERRY SKELLY FOR FAILURE TO USE SUCH CARE AS A REASONABLY
PRUDENT AND CAREFUL PERSON WOULD USE UNDER SIMILAR
CIRCUMSTANCES THAT RESULTED IN THE PLAINTIFF BEING SUBJECTED
TO NUMEROUS UNWANTED SEXUAL ENCOUNTERS WITH PREDATORY FEMALES
, PURPOSEFUL DENIAL OF NECESSARY MEDICAL DIAGNOSTICS AND THERAPY,
EXTREME PAIN AND SUFFERING FROM BEING FORCED TO BE PUBLICLY VIEWED
WHEN THE PLAINTIFF CAN'T PROCESS INCOMING NON VERBAL COMMUNICATION
CAUSING EXTREM ANXIETY AND DISCOMFORT, AS WELL SUBJECTED
TO MALPRACTICE. (SEE ATTACHED DOC 6-8)

CLAIM 7  A VIOLATION OF THE ILL TORT OF ABUSE OF PROCESS BY
DANIEL MONTI, CHRISTINE VINEYARD, JANE DOE1 AND TERRY SKELLY
AND DR BEDNARZ FOR PURPOSELY OMITTING USEFUL INFORMATION
FOR CLASSIFICATION PURPOSES SUCH AS VULNERABILITY, DENYING
ACCESS TO DIAGNOSTICS TO AVOID SERVICES, AND 04.01.111 DILIGENTLY
DESIGNED TO MAKE ACCESS TO SERVICES IMPOSSIBLE FOR NEUROLOGICALLY
DISABLED AND COMMUNICATEDLY CHALLENGED PLAINTIFF.
                              (SEE ATTACHED DOC 6-8, BADEN HORST, WALTER AFFADAV)
CLAIM 8  A VIOLATION OF THE ILL TORT OF INTENTIONAL INFLICTION
OF MENTAL OR EMOTIONAL DISTRESS "OUTRAGE". AGAINST DANIEL
MONTI, CHRISTINE VINEYARD, JANE DOE1, TERRY SKELLY AND DR
BEDNARZ FOR THE OUTRAGEOUS CONDUCT OF DILIBERATLY AND
MALICIOUSLY DENYING THE PLAINTIFF SERVICES AND PROTECTIONS FOR
ASD THAT WOULD HAVE LIMITED OR PREVENTED REPEATED UNWANTED
SEXUAL ENCOUNTERS, PSYCHOLOGICAL INJURY APPROACHING PTSD, AND
FEELINGS OF COMPLETE ABANDONMENT BY PEOPLE CHARGED WITH
RESPONSIBILITIES TO HELP THE PLAINTIFF. BEHAVIOR SO RECKLACE
AND DANGEROUS IT APEARS THE DEFENDANTS DON'T CONSIDER
THE PLAINTIFF TO BE PART OF THE HUMAN RACE AND NOT WORTHY
OF HELP OR SERVICES, AND HAVE INFLICTED LIFE LONG PTSD
SYMPTOMS ON THE PLAINTIFF FOR THE PEDESTRIAN DESIRES
OF ONE PERSONS DESIRE FOR ADVANCEMENT.
                    (SEE ATTACHED EXHIBITS AND AFFIDAVIDS)
                    (IN THEIR TOTALITY OF EFFECT.

## FACTS: PLAINTIFF'S ADA QUALIFICATIONS

SECTION C OF THE QUALIFICATIONS FOR ADA PROTECTIONS READS: Being regarded as having such an impairment (as described in Paragraph (3)).

Paragraph 3 states, an individual meets the requirements of "being regarded as having such an impairment" if the individual establishes that she has been subjected to an action prohibited under this chapter because of an actual or precieved physical or mental impairment whether or not the impairment limits or is precieved to limit a major life activity.

Prior to the plaintiff's 7-10-24 Tele-Psych appointment, several request have been made and grievances filed for access to psychiatric screening and diagnostic services afforded to other inmates for autism spectrum disorder following staff and inmate observations if plaintiffs obvious behavior issues and difficulties with communicating and social interactions, (attached doc 1-5, 10-11 boxed)

At the appointment Dr. Bednarz responded to this request with "I have discussed this with the psychiatry board and we will not offer any screening or diagnosis for autism spectrum disorder any more." (attached doc ___4___ underlined sentence "Dr Bednarz did not provide a diagnosis, or rule out diagnosis of autism.")

The former warden, Daniel Monti, and the current warden issued and/or let stand administrative directive 04.01.111 "ADA accomodations". This AD purposly limits or eliminates otherwize qualified inmates with autism, ~~from~~ including the plaintiff, from applying for appriate ADA services through the ADA coordinator by exploiting neurological and communication symptoms. This AD removes substantive duties prescribed to the ADA coordinator created by ~~the~~ Title II, "The Public Entities Act" of the ADA.

Title II states, "No qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity."

Because of communication challenges stemming from Plaintiff's autism symptoms, the Plaintiff can not bear the burden placed on her by the AD; therefore, the Plaintiff needs the assistance of the ADA coordinator who understands ADA services for autism symptoms as opposed to the assistance of the house counselor as described in Grievance # KY-0724-726E. This assistance from the ADA coordinator is the duty substantively created by Title II of the ADA. This assistance can insure the reduction or elimination of this discrimination of the Plaintiff as intended by the United States Congress.

This afore mentioned treatment qualifies not only as discriminatory but also a class-based invidiously discriminatory animus directed at the Plaintiff for being regarded as having autism and being in need of help and services.

As evidence of the severity of the animus, the Plaintiff offers the following evidence: Inmate Wachter was diagnosed by Dr. Bell, an expert in autism who later left or was removed from her position at the institution due to this animus, in 2020 and has been denied services for five years, save for his single cell service. (attached doc 14-20 underlined.)

Wachter was told by Dr. Bell that she adequately reviewed Wachter's childhood records and education verbally with him and made a proper diagnosis. The administration is attempting to misdiagnose Wachter to avoid providing him with ~~diagnosis~~ services and treatment via a multi-disciplinary team that is not required or permitted for the diagnosis. Dr. Bell advised Wachter not sign the release for records and prepare for legal action and the legal pursuit of Protections (see pending case 3:23-cv-02428-GCS) (SD ILL)

Dr. Bell also advised Wachter that 1000's of pages of medical records and educational records were not required and could not be required to diagnos because not everyone has access to those records for various reasons and that would exclude them from ever receiving a diagnosis.

Furthermore, Warden Daniel Monti tried to order Wachter double celled when the single cell service had been ordered outside of his authority, resulting in Wachter having to go on a 9-day hunger strike which was never reported to oversight in Springfield - just to keep himself safe. (attached doc 12, 23, 24 General.)

Under Paragraph 3 of the ADA Qualifications of being regarded as having, the Plaintiff has been regarded as having autism and autism spectrum disorder symptoms, been subjected to discriminatory denial of psychiatric services and

ACCESS TO ASSOCIATED ADA SERVICES FOR AUTISM which
IS PROHIBITED BY THE ADA AND THE PLAINTIFF IS NOW
QUALIFIED FOR ADA PROTECTIONS AND THE RECIEPT OF
NECCESSARY SERVICES FOR AUTISM SPECTRUM DISORDER
SYMPTOMS.

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal
prisoner and seek relief which affects the fact or duration of your imprisonment (for
example: illegal detention, restoration of good time, expungement of records, or
parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C.
§§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

ALL COMPENSATORY, NOMINAL, AND PUNITIVE DAMAGES AVAILABLE
AND APPRIATE INJUNCTIVE RELIEF IF AVAILABLE.

VI.    JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury:

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full
compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.  The
undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed    MARCH        2025
on:           (date)

                                                    Signature of Plaintiff

9330 SHATTUC RD
     Street Address                      LEONARD BADENHORST
                                                 Printed Name

CENTRALIA, IL 62801                M16573
     City, State, Zip                     Prisoner Register Number

                    Signature of Attorney (if any)

THIS COMPLAINT WAS FILED AND ORGANIZED AND COMPLETED BY
SAMANTHA'S FRIEND MARC WACHTER FREE OF CHARGE UNDER THE
1ST AMEND. RIGHT TO ASSOCIATE A PUBLIC POLITICAL OPION.

Rev. 10/3/19

Assigned Grievance #/Institution: K7-0724-726E    Housing Unit: E3-N-16  Bed #:

1st Lvl rec.    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec: 7/12/24
**Offender's Grievance**

| Date: 7/9/24 | Offender (please print): L. Badenhorst | ID #: M16573 | Race (optional): N/A |

Present Facility: Centralia C.C.    Facility where grievance issue occurred: Centralia C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED JUL 11 ...
CENTRALIA ... NAL CENTER
GRIEVANCE ...

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Have Sent in grievances in Abundance As of
7/9/24 Stating About my Autistic Symptoms. Yet
I am Steadily denied A Screening, diagnostics,
treatment & Services. As well A disability Accommo...
Then the guards Knowing I Have these Symptoms,
And tell me they Can see it from me. Yet When
Dr Bell Was told last time I spoke with her She
[x] Continued on reverse

**Relief Requested:**

I demand to Be Screened By Dr Bell, Not Bed Narz Then
get my Diagnostics & All of the ADA Disability Accommo...
Services & treatments that go with it. I Also
Demand that Staff quit Harrassing, Victimizing
and Bullying me. With out Retaliation.

[x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_____    M16573    7/10/24
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

_____

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____

Housing Unit: E3-A-14     Bed #:

Assigned Grievance #/Institution: _____

1st Lvl rec: _____                    2nd Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

did Nothing About it Even though She is A professional
in the Autistic Field, Sargent Joroan (he male) Said
He Recognized That I have Autism Right Away.
Yet I keep Receiving tickets & discipline Based
on My Physical Disability. That And you said
in my last grievance I have Been seeing
Dr. Bell. I know for a 100% Fact that I have
Not Seen Dr. Bell in over 6 months I have been
seeing Dr. Bednarz.

The Point is I can't Control My Physical Disability
of Autism, & I have Been saying on & off for
years that I Need to be Screened & Diagnosed
for Autism, & that the meds I have Been
Put on Do Not & Will Not Cure something that
is uncurable. Showing Deliberate indifference
to the fact that Everyone Else can see I have
Autism & melt Downs. Yet still I get punished
for Being Unable to Control My Physical Disability,
And because the Psychiatrists Refused All this
time to screen, Diagnose, And offer me treatment
And Services.
   All of these things Have Been Cruel & Unusual
Punishment According to my 8th Amendment
constitution Rights which is Being Violated over
& over Again, that & the Fact that they
Do Not Like that I Id As Female

Sincerely
_____

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 07/12/2024 | Date of Review: 12/20/2024 | Grievance #: K7-0724-726E |
| Individual in Custody Name: Badenhorst, Leonard | | ID#: M16573 |

**Nature of Grievance:**

Badenhorst claims to have sent multiple grievances regarding the need for Autistic screening. Badenhorst claims to be getting denied treatment, screening, diagnostics, and services, as well as, disability accommodations. Badenhorst claims multiple staff know this and continue to mistreat her.

**Facts Reviewed:**

Badenhorst M16573 filed a grievance dated 7/9/24 regarding medical/ mental health treatment and ADA accommodations and marked as an emergency. The grievance was received on 7/11/24 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 7/12/24 deemed as an emergency. The grievance was forwarded to HCU and ADA Coordinator for review.

Relief requested is: "I demand to be screened by Dr Bell, not Bednarz Then get my diagnostics All of the ADA Disability Accommodations Services & treatments that go with it. I also Demand that Staff quit Harrassing, victimizing and Bullying me. Without Retaliation."

Cont'd.

RECEIVED

JAN 0 3 2025

ADMINISTRATIVE
REVIEW BOARD

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be denied. Individual has not been diagnosed with Autism and has not submitted a formal request to the ADA Coordinator requesting the specific accommodations that are being requested. Individual sees telepsychiatry regularly and may speak with them about request. Medical treatment is at the discretion of Wexford Health Sources and their providers and outside jurisdiction of this facility.

| Daniel Morgan, CCII | Daniel Morgan | Digitally signed by Daniel Morgan Date: 2024.12.20 11:45:39 -06'00' |
|---|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature | |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☑ I concur   ☐ I do not concur   ☐ Remand | |
| Action Taken: | | |

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

ADA Coordinator response: ADA coordinator reviewed grievance K7-0724-726E. Individual Badenhorst is requesting to be screened for Autism and to be provided with all ADA disability accommodations and services that go with Autism. Individual Badenhorst was seen by psychiatrist, Dr. Bednarz, on 7/10/24 in which she discussed this request. Dr. Bednarz did not provide a diagnosis, or rule out diagnosis of Autism. Individual Badenhorst does not identify what accommodation she is seeking. Per AD04.01.111 ADA Accommodations, individual may submit a written request to the ADA coordinator identifying what accommodation they are requesting. Per individual in custody orientation manual: Requests for an accommodation shall be made in writing on the "Individuals in Custody Request" form (DOC 0286) and directed to the Facility ADA Coordinator. If you have limited writing or language skills, you may request assistance from your counselor in completing the Request form. When completing an individual in custody Request for an ADA accommodation, identify:
1. The program, activity, or service being offered by your facility,
2. How your disability limits your ability to use the service, activity, or program in the same way that other individuals in custody would be able use it, and
3. What assistance you would like your facility to give you that will help you overcome your limitations and make it possible for you to use the service, activity, or program.
The Department will determine whether an accommodation is appropriate on a case-by-case basis.

HCUA response: The HCUA agrees with the ADA Coordinator's response. Current Mental Health Diagnoses does not include Autism Spectrum Disorder. This can be discussed upon evaluation with the psychiatrist. The current complaint does not warrant an expedited referral. This can be further evaluated by the Mental Health Authority, who is included on this email.

MHA response: Individual in Custody Badenhorst is regularly seen by telepsychiatry. At this time no recommendation has been made by the psychiatrist for an "Autism Screening." Badenhorst currently does not have a diagnosis of Autism.

Grievance Officer response: Individual states in the grievance that multiple grievances have been written requesting assistance with this process. DR 504 states the grievance process may not be utilized as a request for services. These requests need to be submitted to the proper departments and only file a grievance if that department does not resolve the issue for the individual. ADA Coordinator states individual has not specifically requested what ADA accommodations individual is seeking in the grievance. Individual has not submitted a request to the ADA Coordinator in request form. HCUA and MHA state individual does not currently have a Mental Health Diagnosis of Autism. At this time no recommendation has been made by Psychiatrist for an "Autism Screening". Individual is seen regularly by telepsychiatry and may discuss this request during the next visit. Medical treatment is at the discretion of Wexford Health Sources and their Medical Providers and is outside the jurisdiction of this facility.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** BADENHORST (Last Name)    LEONARD (First Name)    ___ (MI)    M16573 (ID#)

**Facility:** CENTRALIA

☒ Grievance: Facility Grievance # (if applicable) K7-0724-726E    Dated: 7/9/2024    or ☐ Correspondence: Dated: _____

Received: 1/3/2025 (Date)    Regarding: MEDICAL: Grieves needing to see the doctor for an Autistic screening

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
  Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☒ This office previously addressed this issue on 7/22/2024 (Date)
- ☒ No justification provided for additional consideration.

**Other** (specify): This issue was addressed in grievance #K7-0624-656E.

Completed by: Rebecca Riggs (Print Name)    _Rebecca Riggs_ (Signature)    1/29/2025 (Date)

PG5

Consistent with Departmental Policy, medical services are afforded to individuals in custody and is considered a right and not a privilege. Any complaints regarding medical services will be reviewed by the Quality Improvement Committee.

**Centralia Correctional Center Health Care Unit Policy and Procedures Patient Rights**

1. **Purpose**
   The purpose is to provide staff and individuals in custody with information regarding patient rights.

2. **Policy**
   All individuals in custody rights shall be implemented with courtesy and respect to individuals and without regards for their social, ethnic, cultural, and religious background.

3. **Procedure**

   a. A copy of the patient rights in both English and Spanish shall be posted in the Health Care Unit.

   b. All Health Care Unit Staff shall read, as part of their orientation, the patient rights.

   c. The Patient Medical Bill of Rights is as listed.

   **As a Patient**

   - You have the right to be treated with consideration and dignity.

   - You have the right to privacy in your treatment.

   - You have the right to be fully informed regarding access to all medical services available to you.

   - You have the right to receive information necessary to give informed consent prior to treatment, examination of procedure, except for emergency conditions. Information you receive should include specific procedures and/or treatment, risk involved and possible recovery. If there are changes of information or care, you have the right to receive this information. You must understand that all treatment is guided by the physician's decisions. Demanding a different treatment, medication and/or method of treatment which is contrary to the physician's orders is not a right.

   - You have the right to confidential treatment of your personal medical record. Information from these sources will not be released without your prior consent, unless otherwise provided by law or Administrative Regulations which have the force and effect of law.

   - You have the right to voice complaints regarding Health Care or service and to be informed of the procedures for processing such complaints.

   - You have the right to refuse treatment to the extent permitted by law and to be told what can happen as a result of refusing treatment.



- You have the right to expect that you will be given the name of any person providing treatment when you ask for it.

- You have the right to know what rules and regulations must be followed when you receive health care.

- You have the right to expect the Illinois Department of Corrections will be sensitive to your needs and respond in a reasonable time and manner to any complaint you may have.

**The responsibilities as a patient are as listed:**

- The responsibility to keep scheduled appointments.

- The responsibility to follow all treatment instructions.

- The responsibility to provide accurate information about your medical history.

- The responsibility to show consideration and respect for other patients and for staff by following the rules about noise and conduct.

## E. Americans with Disabilities Accommodations

It is the policy of the Illinois Department of Corrections (Department) to comply with the provisions of the ADA Amendments Act of 2008. Programs, activities, and services of the Department shall not be denied to qualified individuals in custody based upon disability.

**Requests for ADA Accommodations**

Requests for an accommodation shall be made in writing on the "Individuals in Custody Request" form (DOC 0286) and directed to the Facility ADA Coordinator. If you have limited writing or language skills, you may request assistance from your counselor in completing the Request form. When completing an individual in custody Request for an ADA accommodation, identify:

1. The program, activity, or service being offered by your facility,

2. How your disability limits your ability to use the service, activity, or program in the same way that other individuals in custody would be able use it, and

3. What assistance you would like your facility to give you that will help you overcome your limitations and make it possible for you to use the service, activity, or program.

The Department will determine whether an accommodation is appropriate on a case-by-case basis.

**Deafness and Hard of Hearing**

**Communication Plan**: You may make a request for a "communications plan" for effective communications if you are deaf or hard of hearing. The Facility ADA Coordinator will work

33



with you to develop a plan. Accommodations may include written material, notification of daily activities, sign language interpretation services, hearing aids, amplifying/assistive listening technology, teletypewriter (TTY) phone usage, closed captioned televisions, and other auxiliary aids and services.

**Medical:** All requests of a medical nature such as hearing aids will require a medical examination.

**TTY Equipment**: Individuals in custody using TTY equipment will be allowed (60 mins) three times the amount of time allowed for regular phone calls and must be submitted and scheduled in advance to ensure access to equipment. Like regular phone calls, TTY calls are subject to monitoring except for scheduled legal calls.

**Video Telephone or VRS:** All individuals in custody requests for video telephone use must be submitted in writing. Use of the video telephone is a privilege like the privilege of regular phones. Individuals in custody who receive discipline may have these privileges temporarily restricted. Video telephone usage is subject to monitoring except for scheduled legal calls.

**Sign Language:** If sign language is your primary language, tell your counselor and request that the Facility ADA Coordinator be notified. You may request a sign language interpreter for interactions that are complex, lengthy, or involve legal due process. Significant interactions that may require a sign interpreter include introduction to facility rules, counseling sessions, educational and vocational programs, medical & mental health services, religious and other group setting services, due process procedures including disciplinary hearings and prisoner review board hearings, and field services' pre-release instructions.

The following are the Agency Designated Coordinators for ADA issues:

**Legal Services**
**100 W. Randolph Street, Suite 4-200**
**Chicago, IL 60601**
**Ph.: 312-814-3017**

**Administrator/Affirmative Action**
**100 W. Randolph Street, Suite 4-200**
**Chicago, IL 60601**
**Ph.: 312-814-3790**

**Coordinator/Office of Offender Issues**
**1301 Concordia Court**
**PO Box 19277**
**Springfield, IL 62794-9277**
**Ph.: 217-522-2666 ext. 5502**

**IDOC ADA Coordinator**
**1301 Concordia court**
**PO Box 19277**
**Springfield, IL 62794-9277**
**Ph.: 217-558-2200**

34



## F. HIV and AIDS Counseling and Testing

Upon arrival at Centralia Correctional Center from a Reception and Classification center all individuals in custody shall be offered testing for HIV and related counseling by medical personnel. These services shall also be offered to individuals in custody prior to transfer to a transitional center or prior to release, discharge, or parole according to Public Act 94-0629.

AIDS is an illness caused by the virus HIV (human immunodeficiency virus). This virus attacks cells of the immune system and impairs the bodies' natural ability to fight infection.

**How do you get HIV?**

HIV/Aids is spread from one person to another through contact with the infected person's blood. This can happen by:

- Sexual contact with an infected person (anal, oral, vaginal)
- Sharing needles ("works") for drug use or tattooing
- From an infected mother to her baby

A person can look healthy, be infected, and infect others without knowing.

**HIV is not spread by casual contact such as:**

- Shaking hands Coughing,
- sneezing or spitting
- Toilet seats, showers, or bathtubs
- Food prepared by an infected person
- Sharing food or dishes
- Mosquitoes

**If you have shared "works" or had sex with someone who may be infected, these are the symptoms to look for:**

- Swollen glands in neck, underarm or groin
- White spots in mouth
- Diarrhea
- Rapid weight loss
- Feeling tired all the time
- Fever
- Night sweats

If these symptoms persist for more than a week, report them to health care.

## G. Mental Health

Emergency mental health services are available 24 hours a day, 7 days a week to any individuals in custody at Centralia Correctional Center who is experiencing a mental health crisis and can be accessed by asking any staff member to speak with a member of the Crisis Intervention Team. The CIT consists of a group of individuals specially trained to assess



Inmate Id: M16573

Name: BADENHORST, LEONARD

Chair Code: BERI

Grv Type: L

Grv Code: MEDICAL

Receive Date: 07/11/2024

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: CENTRALIA CC

Hearing Loc: CENTRALIA CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Resolved Ind:

Grievance Number: 7-624-656E

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 07/22/2024

Comments: EGRV# K7-0624-656E & GRV DTD 6/25/24, GRVS NEEDING SERVICES FOR AUTISM ISSUES DUE TO CAUSING ISSUES WITH STAFF; HAS REQUESTED SERVICES SEVERAL TIMES BUT HASN'T RECEIVED ANY TREATMENT. REQUESTS TO SEE DR. BELL TO DIAGNOSE GRIEVANT.

get to
mark

PG 10

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: LEONARD BADENHORST

ID# : M16573

Facility: CENTRALIA

7/22/24
Date

This is in response to your grievance received on __7/11/24__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/25/24   Grievance Number: K7-0624-656E   Griev Loc: CENTRALIA

☑ Medical /ADA: Grieves needing to be screened and diagnosed for Autism; claims Autism may be a contributing factor in behavior

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed

☐ Denied in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed

FOR THE BOARD: _Rebecca Riggs_
Rebecca Riggs
Administrative Review Board

CONCURRED: _Latoya Hughes_
Latoya Hughes
Acting Director

CC: Warden, CENTRALIA _____ Correctional Center
LEONARD BADENHORST _____ ID# M16573

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody,
operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*   77

P6 11

Case 3:25-cv-00382-SRM    Document 1    Filed 03/24/25    Page 30 of 64    Page ID Page ID #30
Case 3:23-cv-02428-GCS    Document 52-158 Filed 11/27/24    Page 4 of 33    Page ID
Case 3:23-cv-02428-SRM-MD Document 13-758 Filed 02/12/22 Page 112 of 69    Page ID #56

*ID*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

| | | |
|---|---|---|
| Date Received: 04/11/2022 | Date of Review: 06/23/2022 | Grievance # (optional) E-22-4-65 |
| Offender: Wachter, Marc | | IDR: M12656 |

Nature of Grievance:

Medical Treatment-Mental Health

---

Facts Reviewed:

Wachter M12656 filed a grievance dated 4-11-22 regarding Mental Health and marked it as an emergency. The grievance was received on 4-11-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office and was deemed as an emergency. The grievance was forwarded to Mental Health to address the issue. Wachter claims that a request to be seen by Mental Health on or around 3-15 and he was not seen. Wachter claims that he is not being adequately treated for his Autism Spectrum Disorder.

Relief requested is: "Regular Treatment comiserate of outside standards must begin immediately by Law And This egregious Discrimnation Stopped immediately. I need help now today. No more excuses. I Am imploding And being left to self distract by Discrimnation of A Disability."

Per written response from MHP Dulle: IIC alleges he hasn't been seen since Nov/Dec. After chart review he was seen by an MHP 11/2-11/9 CW, 11/13, 12/30, 1/26, 2/14 (twice by 2 different MHP's), 2/18-2/28 CW, ¼, and 4/20. He was seen by the psychiatrist on 11/22, 1/12, 2/8, 2/20, 2/28, 3/31, 3/22, and 4/11. Wachter has been spoken to many times about the services he is requesting due to his Autism Spectrum Disorder diagnosis and he refused to sign a release of information for old records. His case has been staffed with Wexford and patient has demonstrated that his level of functioning is appropriate. Wachter has a single cell, and slow eating permit.

con't

---

Recommendation:

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Wachter has been seen by Mental Health on multiple occasions and is continuing to be followed. Wachter has requested services for his Autism Spectrum Disorder diagnosis, but has refused to sign a release of information for old records. If Wachter continues to have concerns, he may submit a written request to be seen through Nurse Sick Call.

| | |
|---|---|
| Jeffrey Strubhart CCII | Jeffrey Strubhart *Digitally signed by Jeffrey Strubhart Date: 2022.06.23 10:46:23 -05'00'* |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

---

### Chief Administrative Officer's Response

| | | | |
|---|---|---|---|
| Date Received: | ☑ I concur | ☐ I do not concur | ☐ Remand |

Action Taken:

[signature]    5/23/22

Chief Administrative Officer's Signature

---

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277 Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution: Master File Offender    Page 1    DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

Wachter M12656    grievance records - Centralia CC    CENT 110

*P6 12*

Case 3:25-cv-00382-SPM    Document 1    Filed 03/24/25    Page 31 of 64    Page ID #31
Case 3:23-cv-02428-GCS    Document 70-1    Filed 02/03/25    Page 25 of 32    Page ID
#1064

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Per written response from the HCUA: In regards to the medical record concerns: We have no documented denial from Wexford Collegial for medications or services for ASD for Offender Wachter. Also, of note, Dr. Bell did not see Offender Wachter until July of 2020. All medical record requests pending from Mr. Wachter do not pertain to a request he has described in the grievance, and all previous requests have been answered.

Inmate Wachter M12656 is being evaluated by Mental Health. Currently in the process of scheduling a multidisciplinary treatment team meeting for further diagnostic clarification. For the purposes of gathering information treatment team requests offender identify school attended as a child and any family members that could provide information on offender's developmental history and authorize a release of information to obtain relevant information from these sources. Mental health professional will follow up with offender Wachter to discuss releases of information. Medical does not have any requests for records pending for that pertain to this grievance.

Wachter v. Meyers, et. al. (22-577) Document No.: 000126

P6 13

ILLINOIS DEPARTMENT OF CORRECTIONS

**Psychiatric Progress Note**

Date: July 15, 2020

Facility          Centralia Correctional Center

*Exhibit 4A*

Offender Name:
Last, First     WATCHTER, MARC          ID Number: M12656          Start Time:

| Homicidal ideation: ☒ None ☐ Yes, details: |
|---|

| Memory: | Short-term ☒ Intact ☐ | Long-term ☒ Intact ☐ |
|---|---|---|

| Estimated Intelligence: | ☒ Above average | ☐ Average | ☐ Below average |

| Insight: | ☐ Adequate | ☐ Poor | ☐ | "I AM HAPPY THAT I KNOW NOW I AM ASPERGERS" |

| Judgment: | ☐ Adequate | ☐ Poor | ☐ | "I WANT TO IMPROVE" |

| Motivation: | ☐ Good | ☒ Adequate | ☐ Poor | ☐ |

| Historian: | ☒ Reliable | ☐ Poor | ☐ Inconsistent | ☐ Unable to assess at this time |

## Diagnoses

| Psychiatric Diagnosis: | AUTISM SPECTRUM DISORDER, PTSD, UNSPECIFIED ANXIETY D/O |
|---|---|
| Medical Diagnosis: | NONE REPORTED |

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:  Improved ☐  Remained same ☒  Worsened ☐

**Modified Global Assessment** 65          to  79

Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI?   Yes ☐   No ☒

## Narrative Summary

43 YEAROLD WHITE MALE WITH SAVNT SKILLS IN MATH/PHYSICS WHO HAS RECENTLY BEEN TOLS HE HAS ASD. PATIENT DESCRIBES SENSROY MOTOR INTEGRATION DEFICIT, POOR PRAGMATICS OF LANGUAGE, DIFFICULTY TRANSITIONING, POOR SOCIALIZATION, ANXIETY WHEN MOVED OUT OF HIS ROUTINE, . POOR EYE CONTACT, AND LACK OF EMOTINAL RECIPROCITY. HE IS AWARE AND WANTS HELP WITH HIS DEFICITS. DISCUSSED WITH PATIENT THE NEED FOR PSYCHOLOGICAL TESTING FOR CONFIRMATION OF ASD, WITH SPEECH/LANGUAGE EVALUATION, OT/PT EVALUATION AND POOSIBLY A REFERRAL FOR ABA THERAPHY, PATIENT STATED HE WELCOMES HELP BUT JUST KNOW THAT HE IS UNABLE TO LEAVE THE CELL SPACE WITHOUT A COMPLETE BREAKDOWN/MELTDOWN "I CAN NOT COME OUT OF THE CELL". "I DO NOT GO OUT OF THE INSTITUTION" . I INFORMED PATIENT I WILL DISCUSS WITH MEDICAL DIRECTOR / STAFF ABOUT POSSIBILITIES. HE STATED HE UNDERSTOOD AND AGREED WITH THE PLAN.

## Psychiatric PLAN

Psychotropic Medication:  ☐ Started (DOC 0541)   ☐ Discontinued   ☐ Changed

☒ Continue Current Medication

☐ Medication specifics and rationale:

PROZAC 60MG PO Q AM

☐ AIMS completed today (if necessary) (DOC 0336)     ☐ AIMS to be done by RN (if necessary)

FILED
JAN 3 1 2023
CIRCUIT CLERK, CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT, CLINTON COUNTY, ILLINOIS

Distribution    Offender Medical File

ILLINOIS DEPARTMENT OF CORRECTIONS

Date: July 15, 2020                **Psychiatric Progress Note**                *4B*

Facility _____ Centralia Correctional Center _____

**Offender Name:**
Last, First    WATCHTER, MARC                ID Number: M12656        Start Time: _____

- [ ] Labs  [ ] CMP  [ ] BMP  [ ] CBC+Plts  [ ] Thyroid Profile  [ ] Lithium  [ ] Carbamazepine
- [ ] VPA  [ ] Lipid Profile  [ ] A1C  [ ] EKG  [ ] Other: _____  [ ] Other _____
- [ ] Abdominal circumference: _____  [ ] BMI _____  [ ] BP/P _____

- [ ] Fill in values and measurements on Metabolic Screening and Monitoring form (DOC 0532)

- [ ] Needs medical referral for: _____

- [ ] Needs MHP referral (Complete DOC 0387) for:
  - [ ] Sleep hygiene  [ ] Anger management  [ ] Trauma history  [ ] Psychometric testing
  - [x] Other: FULL BATTERY PSYCHLOGICAL TESTING, SPEECH/LANGUAGE EVAL. OT/PT EVAL, REFER FOR ABA

- [ ] Crush/float all Psychotropics due to  [ ] Hx of non-compliance  [ ] Hx of hoarding medications  [ ] Abuse Potential
  - [ ] Other

- [ ] Offender has been given a copy of the Psychotropic Medication Information brochure.

- [ ] I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the offender.

- [ ] Offender's psychiatric condition has been stable on the same psychotropic medication(s) at the same dose for the past 60 days - may be seen max OP - 3 months, RTU - 2 months, Enforced - 1 month.

- [ ] The offender has signed his/her Medication Consent Form.

- [ ] Treatment plan update needed based on change of diagnosis, direction of treatment, etc. (DOC 0546)

Designation:    [ ] SMI    [ ] Enforced Psychotropic to be continued (clinically necessary)
                [ ] Other (identify): _____

### Disposition (Level of Care)

- [x] Outpatient Level of Care   [ ] Residential Treatment Unit   [ ] Inpatient   [ ] Crisis

Next Appointment: 4 WEEKS

Evaluation completed by:

| Bell | ELISA P BELL  Digitally signed by ELISA P BELL  Date: 2020.07.15 07:45:57 -05'00' | Psychiatrist |
|------|------|------|
| Print Name | Signature | Title |
| 07/14/20 | 11:07:00 AM | |
| Date | End Time | |

*Plachtiff Exhibit 26*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Psychiatric Progress Note**

Facility: _Centralia Correctional Center_

**Offender Name:**
Last, First    WATCHER, MARC          ID Number: M12656          Date: Aug 3, 2020

| Insight: | ☒ Adequate | ☐ Poor | ☐ | |
|---|---|---|---|---|
| Judgment: | ☒ Adequate | ☐ Poor | ☐ | |
| Motivation: | ☐ Good | ☐ Adequate | ☐ Poor | ☐ |
| Historian: | ☒ Reliable | ☐ Poor | ☐ Inconsistent | ☐ Unable to assess at this time |

## Diagnoses

Psychiatric Diagnosis: | ASD ( ASPERGERS) PTSD, UNSPECIFIED ANXIETY D/O

Medical Diagnosis: |

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:    Improved ☐   Remained same ☐   Worsened ☒

**Modified Global Assessment** 60    to  65

**Based upon diagnosis, Modified GAF and need for
supportive services, Offender is designated SMI?**   Yes ☐   No ☒

## Narrative Summary

DISCUSSED WITH PATIENT THE NEED FOR PSYCHOLIGICAL TESTING FULL BATTERY TO CONFRIM DIAGNOSIS AND REFERRAL FOR SP/LG TESTING FOR NONVERBAL I.D. AND OT/PT FOR SENSORY MOTOR DEFICITS AND POSSBLY ABA THERAPHY. DISCUSSED WITH PATIENT NOT INCREASING HIS PROZAC DUE TO PROBLEMS WITH AN INCREASED BEFORE GIVEN BY LAST PSYCHIATRIST . DISCUSSED HIS MEDICATION HISTORY GEODON ( I WAS TOO SEDATE), RISPERDAOL( I WIGGED OUT) , THORAZINE ( I WAS SPACEY). DISCUSSED WITH PATIENT ABILIFY MEDICATIONS IT INDICATIONS AND SIDE EFFECT PROFILE. WILL START LOW DOSE AND POSSIBLY CONSIDER RECHALLENGE OF BUSPAR  IN THE FUTURE. PATIENT STATED HE UNDERSTOOD AND AGREED WITH THE PLAN.

## Psychiatric PLAN

Psychotropic Medication:    ☒ Started (DOC 0541)    ☐ Discontinued    ☐ Changed

☒ Continue Current Medication

☐ Medication specifics and rationale:

STARTED ABILIFY 2.5MG PO BID X 90 DAYS
PROZAC 60MG PO Q MS X 90 DAYS ** RENEW

☐ AIMS completed today (if necessary) (DOC 0336)    ☐ AIMS to be done by RN (if necessary)

| ☒ Labs | ☒ CMP | ☐ BMP | ☒ CBC+Plts | ☒ Thyroid Profile | ☐ Lithium | ☐ Carbamazepine |
|---|---|---|---|---|---|---|
| | ☐ VPA | ☒ Lipid Profile | ☐ A1C | ☐ EKG | ☒ Other: Q 3 MTHS | ☐ Other: |

☒ Abdominal circumference: Q 6MTHD    ☒ BMI Q 6 MTHS    ☒ BP/P Q MTH

ILLINOIS DEPARTMENT OF CORRECTIONS

**Psychiatric Progress Note**

*1 b*

Date: July 15, 2020

Facility                    Centralia Correctional Center

**Offender Name:**
Last, First        WATCHTER, MARC            **ID Number:** M12656            **Start Time:** 10:32:00 AM

---

Allergies or Medication Sensitivities?  ☐ No    ☒ Yes    If yes, then describe:  ANTIPSYCHOTICS, HEAVY METALS

Scheduled Visit Type:   Routine Follow Up  ☐        Complex Follow Up Evaluation  ☒

Level of Care:    Outpatient ☒    Residential Treatment Unit ☐    Inpatient ☐    Crisis ☐

Type of Visit:   Telepsychiatry ☒   Onsite Evaluation ☐   Other ☐   (identify): _____

Has offender been on Crisis Watch since last psychiatric visit?   Yes ☐    No ☐

If yes, explain:

---

**Source of Information:**        ☒ Offender   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Mental Health Progress Notes
(Check all that apply)    ☐ Medical Progress Notes  ☐ Mental Health Evaluation dated: _____
                          ☐ Crisis Records        ☐ Other (identify): _____
                          ☒ Previous Psychiatric Progress Note

## Subjective/Objective

MSR = 2033
48 YEAR OLD WHITE MALE WITH PSYCH DX ASD, PTSD AND UNSPECIFIED ANXIETY D/O. PATIENT CAME TO CLINIC APPOINTMENT WITH
A NOTE BOOK OF QUESTIINS CONCERNING HIS PERSONAL ISSUES. HE REPORTS HYPERSENTIVITY TO SOUNDS, NOT LIKING CERTAIN
TEXTURES OF CLOTH( WEARS DOUBLE PANTS). NOT BEING ABLE TO LOOK ANYONE IN THE EY, NO BEING ABLE TO SOCIALIZE OR BEING
ABLE TO LEAVE HIS CELL. I LIKE ROUTINES AND I TATUGHT MYSELF CALCULUT AND PHYSICS. I AM A POOR SLEEPER MY ENTIRE LIFE. I
HAVE TO TALK LOUD TO SOOTHE MYSELF AND READ YOUR LIPS TO UNDERSTAND WHAT YOU SAYING. I HAVE TO READ THINGS A
DIFFERENT WAY, I EAT OK MY ROOMATE AND I STAY OUT OF EACH OTHERS WAY. I HAVE NO PLANS TO HURT MYSELF OR ANYONE
ELSE. I DONT HEAR VOICES . PATIENT REPORTS HE WAS SEVERLY ABUSED AS A CHHILD BY HIS PARENTS. HE REPORTS HE HAS A 25 YEAR
OLD DAYGHTER WHO IS SEVERLY AUTISTIC

### LIST CURRENT PSYCHOTROPIC MEDICATIONS:

PROZAC 60MG PO Q AM

☐ Check if None

Pertinent medical medications:

NONE REPORTED

Compliance:    ☒ Good    ☐ Poor (list details)

Side effects:   ☒ None    ☐ Yes (list details)

MAR reviewed:   Yes ☒    No ☐

Is offender currently prescribed Involuntary Psychotropic Medication(s)?        Yes ☐    No ☒

**Lab Results:** Comment on abnormal results and include drug levels.        None ordered ☒

---

ILLINOIS DEPARTMENT OF CORRECTIONS
## Psychiatric Progress Note

Facility: Centralia Correctional Center

Offender Name:
Last, First     WACHTER, MARC          ID Number: M12656          Date: Mar 1, 2022

Start Time: 8:50 AM

Allergies or Medication Sensitivities? ☐ No  ☒ Yes   If yes, then describe: ANTIPSYCHOTIC, HEAVY METALS

Scheduled Visit Type:   Routine Follow Up ☒   Complex Follow Up Evaluation ☐

Level of Care:   Outpatient ☒        Residential Treatment Unit ☐     Inpatient ☐    Crisis ☐

Type of Visit:   Telepsychiatry ☒    Onsite Evaluation ☐    Other ☐   (identify): _____

Has offender been on Crisis Watch since last psychiatric visit?   Yes ☒    No ☐

If yes, explain:

| Source of Information: | ☒ Offender  ☒ Mental Health Staff  ☒ Medical Staff  ☐ Mental Health Progress Notes |
| (Check all that apply) | ☒ Medical Progress Notes  ☐ Mental Health Evaluation dated: |
| | ☐ Crisis Records        ☐ Other (identify): _____ |
| | ☒ Previous Psychiatric Progress Note |

## Subjective/Objective

MSR = 2033
PATIENT JUST CAME OFF CRISIS FOR TEN DAYS HE WAS A HUNGER STRIKE FOR 7 DAYS. "I ATE THIS MORNING, I AM TRING TO GET USE TO MY NEW CELL"

### LIST CURRENT PSYCHOTROPIC MEDICATIONS:

PROZAC 60 MG PO Q HS
KLONOIPIN 1 MG PO Q HS   BH

☐ Check if None

Pertinent medical medications:

PER MEDICAL

Compliance:  ☒ Good    ☐ Poor (list details) _____

Side effects:  ☒ None    ☐ Yes (list details) _____

MAR reviewed:   Yes ☒    No ☐

Is offender currently prescribed Involuntary Psychotropic Medication(s)?     Yes ☐   No ☒

**Lab Results:** Comment on abnormal results and include drug levels.     None ordered ☒

Wachter v. Meyers, et. al. (22-577) Document No.: 000781

ILLINOIS DEPARTMENT OF CORRECTIONS
**Psychiatric Progress Note**

Facility: _____ Centralia Correctional Center _____

**Offender Name:**
Last, First    WACTHER, MARC    **ID Number:** M12656    **Date:** Feb 28, 2022

☐ Fill in values and measurements on Metabolic Screening and Monitoring form (DOC 0532)

☐ Needs medical referral for: _____

☐ Needs MHP referral (Complete DOC 0387) for:
    ☐ Sleep hygiene    ☐ Anger management    ☐ Trauma history    ☐ Psychometric testing
    ☐ Other: _____

☐ Crush/float all Psychotropics due to  ☐ Hx of non-compliance  ☐ Hx of hoarding medications  ☐ Abuse Potential
    ☐ Other _____

☒ Offender has been given a copy of the Psychotropic Medication Information brochure.

☒ I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the offender.

☐ Offender's psychiatric condition has been stable on the same psychotropic medication(s) at the same dose for the past 60 days - may be seen max OP - 3 months, RTU - 2 months, Enforced - 1 month.

☒ The offender has signed his/her Medication Consent Form.

☐ Treatment plan update needed based on change of diagnosis, direction of treatment, etc. (DOC 0546)

Designation:    ☐ SMI    ☐ Enforced Psychotropic to be continued (clinically necessary)
    ☐ Other (identify): _____

## Disposition (Level of Care)

☒ Outpatient Level of Care    ☐ Residential Treatment Unit    ☐ Inpatient    ☐ Crisis

Next Appointment: PER CRISIS PROTOCOL

**Evaluation completed by:**

| Bell | ELISA P BELL   Digitally signed by ELISA P BELL<br>Date: 2022.02.28 09:13:29 -06'00' | Psychiatrist |
|---|---|---|
| Print Name | Signature | Title |
| 02/28/22 | 8:50 AM | |
| Date | End Time | |

Wachter v. Meyers, et. al. (22-577) Document No.: 000780

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Psychiatric Progress Note**

Facility: Centralia Correctional Center

Offender Name:
Last, First    WACHTER, MARC    ID Number: M12656    Date: Apr 11, 2022

| Insight | ☒ Adequate | ☐ Poor | ☐ | |
|---|---|---|---|---|
| Judgment: | ☒ Adequate | ☐ Poor | ☐ | |

| Motivation: | ☐ Good | ☒ Adequate | ☐ Poor | ☐ | |
|---|---|---|---|---|---|
| Historian. | ☒ Reliable | ☐ Poor | ☐ Inconsistent | ☐ Unable to assess at this time | |

### Diagnoses

Psychiatric Diagnosis: ASD, UNSPECIFIED ANXIETY D/O R/O PTSD

Medical Diagnosis: PER MEDICAL

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:    Improved ☐    Remained same ☒    Worsened ☐

Modified Global Assessment 58    to 63

Based upon diagnosis, Modified GAF and need for
supportive services, Offender is designated SMI?    Yes ☐    No ☒

### Narrative Summary

PATIENT COMPLAINING ABOUT THE SYSTEM, NOT HELPING HIM " I HAVE ASPERGERS, I NEED MORE ASSISTANCE' HE REPORTED AN OK APPETTIE/ SLEEP NO PANIC, NO CRYING SPELLS. HE DENIED SUICIDAL/HOMICIDAL IDEATION OR PLAN NO PSYCHOSIS .

### Psychiatric PLAN

Psychotropic Medication:    ☐ Started (DOC 0541)    ☐ Discontinued    ☐ Changed

☒ Continue Current Medication

☐ Medication specifics and rationale:

** RENEW BOTH MEDICATIONS / PROZAC X 6 MONTHS, KLONOPIN X 30 DAYS    BHalibexe

| ☐ AIMS completed today (if necessary) (DOC 0336) | ☐ AIMS to be done by RN (if necessary) |
|---|---|

| ☐ Labs | ☐ CMP | ☐ BMP | ☐ CBC+Plts | ☐ Thyroid Profile | ☐ Lithium | ☐ Carbamazepine |
|---|---|---|---|---|---|---|
| | ☐ VPA | ☐ Lipid Profile | ☐ A1C | ☐ EKG | ☐ Other: | ☐ Other: |

☐ Abdominal circumference: _____    ☐ BMI _____    ☐ BP/P _____

This is Exhibit 2A
Please file

BEGIN USING FROM BOTTOM UP

ILLINOIS DEPARTMENT OF CORRECTIONS
Prescription Order
Chart Copy (Not a prescription)

Offender: Watcher, Marc    ID #: M12656    Date: 8/18/20
Allergies: Antipsychy drug meds    Facility: Centralia    Cell #:
ORDER: (Physician's Signature After Last Order)

please give Inmate Extra time To Eat meals
patient suffers from Extreme Anxiety - Due
To Autism.

DEA/Illinois Lic. #::    Physician (Print): El Nappu
☐ May Substitute: El Nappu    M.D.
☐ May Not Substitute:    M.D.
Noted by: Delmasso R    Date: 8/19/20    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

ILLINOIS DEPARTMENT OF CORRECTIONS
Prescription Order
Chart Copy (Not a prescription)

Offender:    ID #:    Date:
Allergies:    Facility:    Cell #:
ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #::    Physician (Print):
☐ May Substitute:    M.D.
☐ May Not Substitute:    M.D.
Noted by:    Date:    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

ILLINOIS DEPARTMENT OF CORRECTIONS
Prescription Order
Chart Copy (Not a prescription)

Offender:    ID #:    Date:
Allergies:    Facility: Centralia Corr. Center    Cell #:
ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #::    Physician (Print): Michael Bednarz
☐ May Substitute:    M.D.
☐ May Not Substitute:    M.D.
Noted by:    Date:    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

P6 19

ILLINOIS DEPARTMENT OF CORRECTIONS
PROPERTY
_____CENTRALIA_____ CORRECTIONAL CENTER

# FACILITY COPY

Offender__WACHTER__, ID Number _M12656_ has been issued the following property item:

|  | START DATE | STOP DATE |
|---|---|---|
| ADA Vibra Lite watch | 7-1-20 | None |
| ADA Vibrating watch (Casio) | N/A |  |

Offender was offered a Vibra Lite and does ___✓___ does not ___ want this property item.
Offender received Vibra Lite and instructions  Y _✓_ N ___ N/A____
Offender who refused a Vibra Lite has a Casio vibrating watch instead.  Y ___ N ___ N/A _✓_

- Offender already possessing a Casio retains either a Casio OR a Vibra Lite
- Offender on waiting list for a Casio watch will be offered a Vibra Lite in place of the Casio and can either accept the Vibra Lite or decline an ADA watch altogether.

_____    _____    7-1-20
Offender signature          Issuing Employee Signature   Date



32   Very Late Diagnosis of Asperger Syndrome (Autism Spectrum Disorder)

of a laugh that draws the attention of bystanders, or they may have trouble with what most people consider simple tasks. People who have ASD can often solve the more complex problems but struggle with some relatively simple tasks. We may also have impaired motor skills and issues with coordination, making us easy targets for bullies.

Those of us who are diagnosed as having ASD late in life have probably received hundreds of clues related to our condition without understanding their significance. The significance of the following list of clues, descriptions which may apply to you, may be meaningful after several decades of confusion and humiliation. Please be aware that each of the descriptive 'clues' below are negative, and therefore identification with these labels over several decades will have inevitably damaged our self-esteem.

- *Selfish:* Autistic people are self-absorbed in intellectual 'bubbles' and may spurn social events or group activities which make us feel uncomfortable. Autism derives from the Greek word *autos*, which means 'self'. We are driven by our special interests, so our behaviour may seem selfish or aloof.

- *Clumsy:* Many autistic people are less coordinated than neurotypical people, so there are not many top sportspeople in the autism community, particularly in the realm of team sports. This is unfortunate because many people consider participation in team sports and keeping abreast of national soccer or rugby leagues as mandatory for 'normal' men.

- *Mad:* Sometimes the combination of creativity, eccentricity, anger and mental ill health is incorrectly perceived as madness, or labelled as schizophrenia; however, most of us are simply quirky because we lack the ongoing reality checks to which neurotypical people have access.

- *Alien:* Sometimes people who are on the autism spectrum are regarded as aliens from another planet because our ways are different, and sometimes taboo or even offensive. Jen Birch says in her book that one of her identity issues was, 'Am I an earthling or an alien?' (Birch 2003, p.46).

The Signs and Symptoms of a Very Late Diagnosis of Autism Spectrum Disorder   33

- *Naïve:* Many people who have ASD are easily tricked and manipulated due to our lack of cognitive empathy (our ability to perceive other people's thoughts and feelings). Another term for cognitive empathy is 'theory of mind'.

- *Ungrounded:* Many autistic people tend to be intellectual thinkers, lacking man-management and executive skills as well as basic coping skills that facilitate survival; however, the good news is that diagnosis helps us to ground ourselves and become more practical.



## Pretending to be normal and possibly resisting self-identification

One way to survive in a predominantly neurotypical world is to act like a neurotypical (normal) person, and many autistic adults do so for decades before we finally understand ourselves; pretending to be someone else damages our self-esteem and mental health because we feel unable to honour and express ourselves truthfully.

Pretending to be normal is a common survival strategy for many people on the autism spectrum. We know that we are more likely to get a job if we improve our presentation or when we boast about our achievements. We want our interviewer or potential boss to tick all of the recruitment check boxes, but we also want him or her to like us, so by using 'small talk' and a little humour, we improve our chances of success.

Children try to fit in after the age of eight. Before that, they may have been isolated, but now the person tries to fit in and uses different ways from observation, imitation and so forth. The self-identification and diagnosis can be when the person has the mental maturity to understand the actual terms and diagnosis. But what I tend to find is that teenagers don't want the diagnosis – not because they disagree with diagnosis itself but rather fear that diagnosis will lead to victimisation. They know that their peers view anyone who has a disorder in a derogatory way. (Tony Attwood, interview, 13 November 2013)



Case 3:25-cv-00382-SPM   Document 1   Filed 03/24/25   Page 42 of 64   Page ID #42
Case 3:23-cv-02429-SPM-RJD   Document 52-1   Filed 02/21/24   Page 209 of 537   Page ID
#796

*PLEASE FORWARD to WARDEN AUSTIN immediately*
*I need Help Now today.*

1B

Assigned Grievance #/Institution: 4 22.4.65 FR            Housing Unit: E2     Bed #: B-14

1st Lvl rec: X                                            2nd Lvl rec: X 4.7.23

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: APRIL 10th 22 | Offender (please print): MARC WACHTER | ID #: M12656 | Race (optional): white |
|---|---|---|---|

Present Facility: Centralia Correctional Center    Facility where grievance issue occurred: Centralia Correctional Facility

**Nature of grievance:**
- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): ____
- ☑ Medical Treatment    *mental health*
- ☐ HIPAA
- ☑ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

RECEIVED
APR 11 2022
CENTRALIA CORRECTIONAL CENTER

Date of report ____    Facility where issued ____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This is for Emergency grievance, I am suffering Dangerous and irreparable Physiological + Physical Damage Due to the egregious Discrimination by Mental Health Staff Due to my Autism Diagnosis. Explanation is as follows. On or about March 15th I was moved from Receiving to E2 B-14. That evening I asked security staff in Building to call mtl Health and see if I could be seen immediately
☑ Continued on reverse

**Relief Requested:** Regular Treatment commensurate of outside standards must begin immediately by Law And This egregious Discrimination STOPPED immediately. I need help here today. No more excuses. I am imploding and being left to self distruct by Discrimination of a Disability.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Offender's Signature _____    M12656    4-11-22
                                 ID#       Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: ____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____

Print Counselor's Name ____   Sign Counselor's Name ____   Date ____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received ____

Is this determined to be of an emergency nature?

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Thomas Aust _____    4.11.22
Chief Administrative Officer / Designee's Signature    Date

Wachter M12656            grievance records - Centralia CC            CENT 112

PG 21

1C

Assigned Grievance [illegible] Housing Unit E2 Bed # [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec 2nd Lvl rec

She knows me best. I was told by security staff that she was going to email my counselor and [illegible] and I would be seen immediately. It is now April 11th and I yet to be seen. I am told that no one in the entire IDOC is equipped to deal with Autism. This may be true however I am suffering greatly from mental exhaustion, [illegible] Deep Depression, [illegible] [illegible] with Autism, suicidal [illegible] and [illegible] [illegible] other symptoms.
Since [illegible] I have been seen at least every 30 days most of the time every two weeks. I have not seen [illegible] since Nov-Dec approx. My entire person is exploding and my book (every [illegible] diagnosis of Aspergers Syndrome) Autism Spectrum Disorder states that post diagnosis help is absolutely critical in order to avoid irreparable damage. Since [illegible] I [illegible] help is [illegible]. [illegible] [illegible] [illegible] manipulated, [illegible] [illegible] records to IDOC with no boundaries my childhood records to IDOC with no boundaries on limitations as well as not being allowed to know who will be looking at them & for what purpose. All of this highly illegal. ADA law states [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I transfer [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] [illegible] [illegible] to Dr. [illegible] [illegible] outside of [illegible] to Dr. [illegible] [illegible] a specialist [illegible] [illegible] will be [illegible] [illegible] I'm being Disabled.
The law [illegible] [illegible] [illegible] I am [illegible] treatment is mandatory. [illegible] Since 2010 I have [illegible] [illegible] outside [illegible] at least every 30 days [illegible] [illegible] mental health at least every 30 days [illegible] [illegible] my [illegible] Diagnosis. This is [illegible] for [illegible] [illegible] mental health [illegible] [illegible] [illegible] [illegible]
I have [illegible] mental health [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
Attempting to enforce my legal rights by accessing the court system does not [illegible] the [illegible] of treatment or any of my rights. [illegible] Autism Please fix this now. Please Please Please help me. [illegible] [illegible] [illegible] [illegible] [illegible] indepth [illegible]

DOC 0046 (Rev 01/2020)

PG 22

Case 3:25-cv-00382-SPM    Document 1    Filed 03/24/25    Page 44 of 64    Page ID #44
Case 3:23-cv-03428-colSPM    Document 84    Filed 03/04/25    Page 10 of 131    Page ID
#795

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1A

| Date: July 4th 2022 | Offender (please print): MARC WACHTER | ID # M12656 | Race (optional): White |

| Present Facility: Centralia Corr. Center | Facility where grievance issue occurred: Centralia Corr. Center |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☒ ADA Disability Accommodation
☒ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify)
☒ Disciplinary Report   July 5th 2022 _____   Centralia Corr. Center _____
                        Date of report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievances":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened and the name or identifying information for each person involved)

On July 5th 2022 at Appr'x 11:00 AM CST all inmate was told, and armed ready to move into East 2 B-14 Cell currently occupied by Patience with 3 serious charges. 'ER single occupied Cell accommodations, imposed Custody 'errorks, a few serious inappropriate Patience not compatible which their challenged. The other face a mental health risk by certain Penologies or 2021 irrationalse

☒ Continued on reverse

**Relief Requested:**

Request incompatible Protective Custody to single cell occupancy that cannot be provided by my housing inc County Stff.

This grievance is being sent immediately to the ARB #in accordance with above Directions ph sealed institution and is a 504

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
Reason: this P.C. Protective crisis per care rts this grievance deserved FALSE string

☐ Check if this is NOT an emergency grievance

Offender's Signature   M12656   July 9th 2022
                        ID#      Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer |

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____
_____

_____   _____   _____
Print Counselor's Name       Sign Counselor's Name              Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   _____
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev 01/2020)

Exhibit A

PG 23

Case 3:25-cv-00382-SPM    Document 1    Filed 03/24/25    Page 45 of 64    Page ID #45
Case 3:23-cv-02428-GCS28-SPM Document 52-1 Filed 04/18/23 Page 20 of 29 Page ID #20
#795

Housing Unit __ 5/2 /5 __ Bed # ___

1A

Assigned Grievance: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st l vi rec                                                    2nd i. l rec

| Date: July 9th 2023 | Offender (please print): MARC WACHTER | ID #: M12656 | Race (optional): White |
|---|---|---|---|

| Present Facility: Centralia Corr. Center | Facility where grievance issue occurred: Centralia Corr. Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [ ] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

July 6th 2023 ____ Centralia Corr. Center
Date of report ____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On July 5th 2023 at approx 11:00 AM CST Alt. inmate was told, and asked Ready to initiate East 2 B-14 cell currently occupied, Attitude with 2 secure chairs for single occupancy cell accommodations for protective custody currents, I from previous WARDEN policy in Place went and repeatedly upheld then challenged. The other from mental health diet from Diagnosis in 2015 justifiable

[x] Continued on reverse

**Relief Requested:**

Request irrevocable Protective Custody in single cell necessary that cannot be decided by any Warden and security Staff.

This grievance is being sent directly to the ARB in accordance with above Directives by sealed institutional mail it is 946
[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is NOT an emergency grievance.

_____    M12656    July 9th 2023
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____    _____    _____
Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

PG 24

_____    _____
Chief Administrative Officer's Signature    Date

EXHIBIT A

Case 3:25-cv-00382-SPM    Document 1    Filed 03/24/25    Page 46 of 64    Page ID Page ID #46
Case 3:23-cv-02428-GCS    Document 52    Filed 11/27/24    Page 5 of 20    Page ID
#881

Assigned Grievance #/Institution    K-7-1024-1568    Housing Unit    N¹ **RECEIVED**

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

| 1st Lvl #BC | | | 2nd Lvl OCT 15 2024 |
|---|---|---|---|
| Date: 10/10/24 | Offender (please print): Bryan Stewart | ID #: M48657 | CENT... CORRECTIONAL CENT GRIEVANCE OFFICE |
| Present Facility: Centralia CC | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling     ☑ Medical Treatment     ☑ ADA Disability Accommodation
☐ Staff Conduct             ☐ Dietary           ☐ HIPAA                 ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☑ Other (specify): Wexford/and Administrator RISE Efficiency
☐ Disciplinary Report

Date of report _____    Facility where issued OCT 11 2024

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I saw Dr. Arora on 8/15/24 for my need for an ADA assistant due
to the symptoms and issues produced by genetic condition "neurofibromatosis"
that has caused tumors throughout my body and specifically a
cluster of tumors on my spinal area. It also causes nerve issues
and weakness. Dr. Arora panicked upon my ask for ADA assistant
and said "They don't let me do anything" and she didn't know what to do
She then would only refer to my claim of a "hernia". She refused to
☑ Continued on reverse

Relief Requested:

I would like to be assigned an ADA assistant for my
"neurofibromatosis" This is not grievance "0924-1068 (that is currently
at the ARB) it's in response to it's response. My ADA need is for
my neurofibromatosis. It has nothing to do with a hernia or an
Sound Ultra Sound has nothing to do with this decision.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check only if this is NOT an emergency grievance.

Bryan Stewart    M48657    10/10/24
Offender's Signature          ID#      Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

Print Counselor's Name    **RECEIVED**    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor... ...ity to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: OCT 11 2024

Is this determined to be of an emergency nature?

☑ Yes, expedite emergency grievance    C.M. ... ...R.
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[signature]    10/11/24

P6 25

Case 3:25-cv-00382-SPM    Document 1    Filed 02/24/25    Page 47 of 64    Page ID #47
Case 3:23-cv-02428-GCS    Document 184    Filed 02/06/25    Page 301 of 313    Page ID
Case 3:23-cv-02428-GCS    Document 92-346    Filed 11/27/24    Page 6 of 20    Page ID
#882

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

discuss the 'Neurofibromatosis' which has been diagnosed Since I was four-years-old. is a visible, and is in my IDOC/Wexford file/medical file which also contain many MRI's, CT scans, and Writt to Neurology, neuro-oncology, and neurolgists ext. This is a known and increasingly worsening condition and Dr. Arora tried to tell me that my Known diagnosed tumors were "Just lipomas" AKA a fatty tumor without even examining them. I filed a grievance on my refusal of an ADA assistant on '9/19/24 and got a response back an 10/9/84 which only refers to my suspected 'hernia' and that my wait/held for ADA assistant approval is continued base an results of a Sono/ultra sound contirming a 'hernia'. There was no mention of my "Neurofibromatosis" which is the reason I have requested an ADA assistant in the first place. My need for ADA Care. This further illustrates the wanton neglect from Wexford health Care and Centralia CC Administrations over-reach. And the taking advantage of the AD:D (Attention Deficit Disorder) and learning disabilities that are also common traits of my 'neurofibromatosis'. And have been diagnosed in me already. I'm response to this emergency grievance please mention the awareness and acknowledge my "Neurofibromatosis' and that that's the reason I am requesting and need an ADA assistant. and that I can not perform "major life activites" without hinderance or obtaining great pain, discomfort, or further injury. This issue has not been agrieved yet. Immediate response saying otherwise is refusal to process and is automatic 'exhaust of remedy'.

· 1) You are alerted that under 42-USC #1210l You denying me access to Services programs and activites.
· 2) You are alerted that under 42-USC #1983 You are denying treatment of a serious medical need and causing 'Wanton' and unecessary infliction of pain and suffering by refusing to address neurofibromatosis as an ADA need.
3.) You are alerted that under 42-USC #1985, Dr. Arora's Comment that "They don't let me do anything" then refusing to address my neurofibromatosis and only ask 'alleged hernia Constitutes Conspiracy to deny me my medical care/ Constitutional rights to medical care.
4.) You are alerted that under 42-USC #1986, Anyone who Knows about this conspiracy and chooses to not stop it is liable to me and any and all individuals included. The visible and clear traits of my AD:D and learning disability are also clear as a seen and noticed disadvantage to litigate and write grievances by the way I speak and write. The administration and grievance Counselors use this to their advantage to deny my grievances. Also many grievances are often not filed 'Furthering evidence of' Conspiracy. Discarding, disposing, and not sending a Counseling Summary of this grievance is refusal to file and automatic remedy exhaust. This grievance is marked emergency in nature. Grievance office is using my writing patterns to avoid addressing the grievance issues.

Distribution: Master File, Offender                Page 2 of 2                DOC 0046 (Rev. 04/2008)

P.G 26

ILLINOIS DEPARTMENT OF CORRECTIONS
### Individual in Custody Request

Individual in Custody Name: MARC WACHTER _____ ID #: M12656 Living Unit: R2 012

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Career and Technical Education (CTE)  ☐ Business Office

☐ Record Office  ☐ Placement Office  ☐ other (specify): MENTAL HEALTH ADMIN STROVER

for the purpose of (explain):
PLEASE SEE THE ATTACHED LETTER COLLIFORNING THIS
REQUEST SLIP.

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes  If yes, name: _____

Signature _____     02-06-25
Individual in Custody's Signature                              Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary):
Mental Health does not manage cell placements. Please contact
placement regarding your request.

_____          _____ (CW) MHA    2-10-25
Print Staff Name                          Staff Signature                              Date

Distribution:  Affected Unit                     *Printed on Recycled Paper*          DOC 0286 (Rev. 3/2024)

P6 27

Case 3:25-cv-00382-SPM   Document 1   Filed 03/24/25   Page 49 of 64   Page ID #49
Case 3:25-cv-02420-GCS   Document 84   Filed 03/06/25   Page 49 of 64   Page ID
#1186

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

This is not the first time that Badenhorst has been very disruptive over this issue and has been told several times that when staff is not present in the housing unit due to compliance checks that she would have to wait for her shower till staff was back. Badenhorst doesn't like this resolution of the issue because it doesn't accommodate her enough. As far as staff unlocking other offenders and letting them out while Badenhorst was in the shower is a lie. I personally instructed staff to keep C\D side locked up till she was done with the shower. Badenhorst is well aware of all rules and regulation of transgender policy's.

Staff are following current transgender shower policy; IIC Bulletin # 23-39 & 24-1.

Housing unit assignments are assigned according to but not limited to a standard of criteria set up for the safety and security of the institution. These guidelines are enforced by the discretion of the Administration and Placement. IDOC is not obligated to give any particular individual any particular housing assignment.

Staff assignment is an Administrative decision and warrants no further review.

Individual in Custody transfer should be initiated through the assigned housing unit Counselor.



ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 01/08/2025 | **Date of Review** 01/23/2025 | **Grievance #:** K7-0125-0063 |
| **Individual in Custody Name:** Wachter, Marc | | **ID#:** M12656 |

**Nature of Grievance:**

Wachter claims to have received an IDR for an incident that was improperly handled by staff on 12/12/24. Wachter claims this was over other individuals mistreating another transgender individual that Wachter was trying to help out.

**Facts Reviewed:**

Wachter M12656 filed a grievance dated 1/7/25 regarding IDR written on 12/12/24.

Relief requested is: "I request these tickets and restrictions be expunged and $1,000 compensation from the tort fund be made in restitution for irreparable liberty deprivations immediately."

DTS was reviewed. Individual was identified by the Adjustment Committee and all charges were read. Individual plead not guilty to the charges. Staff report indicates on 12/12/24 at 10:00 AM individual Wachter M12656 approached N1 control pod and in a very aggressive demeanor and said," If you don't get these mother fuckers out of here they will be leaving in body bags." The zone sergeant and zone lieutenant were notified. Wachter was then restrained and escorted to restrictive housing with no further incidents. Wachter M12656 was identified by offender 360 and housing unit bed sheet Witness was requested by Wachter and interviewed and stated: "Marc wasn't talking about hurting anyone. He was saying that if something isn't done about the constant harassment I'm receiving then someone would end up hurt." Individual was found guilty of 206 due to staff report indicating Wachter made threatening comments toward other individuals in custody. Recommended and approved 7 days RH and 1 month Gym/ Yard loss.

Cont'd.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be denied. Investigations are Administrative decisions and warrant no further review. Video footage was not available for review due to being overwritten prior to grievance being written and review being requested. DR 504 procedures were followed, and I find there are no grounds to change the decision or the disciplinary action. Compensatory payment is outside the jurisdiction of this facility.

| Daniel Morgan, CCII | *Daniel Morgan* Digitally signed by Daniel Morgan Date: 2025.01.23 12:17:42 -06:00 |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |
| (Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable) | |

| Chief Administrative Officer's Response | | | | |
|---|---|---|---|---|
| **Date Received:** _____ | ☒ I concur | ☐ I do not concur | ☐ Remand | |
| **Action Taken:** | | | | |

*JimWell*
Chief Administrative Officer's Signature          1/23/25
Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          M12656          JAN 29th 2025
Individual in Custody's Signature          ID#          Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

Grievance Officer response: Individual states in the grievance that Internal Affairs conducted an investigation. Decisions by the investigations unit are Administrative decisions and warrant no further review. Video footage is only available for a limited time unless requested to be saved prior to being overwritten. Request for video footage was not requested in a timely manner and is no longer available for review. DR 504 procedures were followed, and I find there are no grounds to change the decision or the disciplinary action. Compensatory payment to an individual is outside the jurisdiction of this facility and warrants no further review.

Page 2
Printed on Recycled Paper

P6 30

DOC 0047 (Rev. 9/2022)

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** WACHTER, MARC J | **IDOC Number:** M12656 | | **Race:** WHI |
| **Hearing Date/Time:** 12/17/2024  08:30 AM | **Living Unit:** CEN-E2-B-12 | | **Orientation Status:** N/A |
| **Incident Number:** 202404956/1 - CEN | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/12/2024 | 202404956/1-CEN | HODGE, BRITTANY C | HOUSE UNIT NORTH 1 | 10:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status | |
|---|---|---|---|---|
| Inmate | IDOC#: M48657 | STEWART, BRYAN | Witness Was Called | Requested By Inmate |

**Statement:** Marc wasn't talking about hurting anyone. He was saying that if something isn't done about the constant harassment I'm receiving then someone would end up hurt.

| | |
|---|---|
| _____ | I attest to the statements as being a correct reflection of the statements |
| Witness Interviewer Signature | provided to me by witnesses. |

## RECORD OF PROCEEDINGS
Individual Identified. Charges read Individual pled not guilty to all charges.

## BASIS FOR DECISION
Staff report indicates on 12/12/24 at 10:00 AM individual Wachter M12656 approached N1 control pod and in a very aggressive demeanor and said," If you don't get these mother fuckers out of here they will be leaving in body bags." The zone sergeant and zone lieutenant were notified. Wachter was then restrained and escorted to restrictive housing with no further incidents. Wachter M12656 was identified by offender 360 and housing unit bed sheet.

Witness interviewed.

Found guilty of 206 due to staff report indicating Wachter made threatening comments toward other individuals in custody.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 7 Days  Segregation | 7 Days  Segregation |
| 1 Months Gym/Yard Restriction | 1 Months Gym/Yard Restriction |
| Basis for Discipline:Nature of offense | |

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| WESTBROOK, BRANDON A  - Chair Person | | 12/17/24 | BLK |
| KOLLMAN, PATRICK C | | 12/17/24 | WHI |
| Recommended Action Approved | | | |

**Final Comments:** N/A

PG 31

RAAWG

ILLINOIS DEPARTMENT OF CORRECTIONS
## Disciplinary Report

**Type of Report:**
☒ Disciplinary   ☐ Investigative     Facility: _Centralia CC_     Date: _12-12-24_

Name of Individual in Custody: _Wachter, Marc_   ID #: _M12456_   SMI: ☐ yes ☒ no   Race: _Wh_

Observation Date: _12-12-24_   Approximate Time: _1600_   ☒ a.m. ☐ p.m.   Location: _North 1 c/o dayroom_

Offense(s): DR 504: _206 - Intimidation or Threats_

Observation: (NOTE: Each offense identified above must be substantiated.) _On the above date and approx time individual Wachter, Marc M12456 approached N1 control pod in a very aggressive demeanor and said "If you don't get these mother fuckers out of here, they will be leaving in body bags." Zone sgt. and zone Lt were notified. Wachter was then restrained and escorted to Restrictive Housing with no further incidents. Wachter, Marc M12456 was identified by offender 360 and housing unit bed sheet._

Witness(es): _____

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| _Hodge_ | _7157_ | _(signature)_ | _12-12-24_ | _1051_ | ☒ a.m. ☐ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

Shift Review: ☒ Temporary Confinement   ☐ Investigative Status   Reasons: _Nature of Offense_

_Meyer Lt/k 86_   _(signature)_   _12-12-24_
Printed Name and Badge #      Shift Supervisor's Signature      Date
                              (For Transition Centers, Chief Administrative Officer)

Reviewing Officer's Decision: ☐ Confinement reviewed by Reviewing Officer   Comment: _Nature of Offense_

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

_MA, Lt    DeGuntis 716_   _(signature)_   _12/12/24_
Print Reviewing Officer's Name and Badge #      Reviewing Officer's Signature      Date

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

_____   _____   _____
Print Hearing Investigator's Name and Badge #      Hearing Investigator's Signature      Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if individual in custody refused to sign

_J. Meyer_   _1117U_   _(signature)_
Serving Employee (Print Name)      Badge #      Signature

_12-12-24_   _75U_   ☐ a.m. ☒ p.m.
Date Served      Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____   _____
Individual in Custody's Signature      ID#

P6 32

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** WACHTER, MARC J | **IDOC Number:** M12656 | **Race:** WHI |
| **Hearing Date/Time:** 12/17/2024   08:30 AM | **Living Unit:** CEN-E2-B-12 | **Orientation Status:** N/A |
| **Incident Number:** 202404956/1 - CEN | **Status:** Final | |

DANIEL J MONTI / DJM  12/22/2024                                                          12/22/24
Chief Administrative Officer                              Signature                        Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person                    When Served -- Date and Time

P6 33

Case 3:25-cv-00382-SPM   Document 1-84   Filed 03/24/25   Page 55 of 64   Page ID #55
Case 3:25-cv-00382-GCS   Document 1-84   Filed 03/24/25   Page 55 of 64   Page ID #1162

*over reach* — handwritten

JB Pritzker
Governor

Latoya Hughes
Acting Director

*Only a doctor can give and take ADA accommodation* — handwritten



**The Illinois Department of Corrections**

Centralia Correctional Center
9330 Shattuc Road • Centralia, IL  62801 • (618) 533-4111 TDD: (800) 526-0844

### INDIVIDUAL IN CUSTODY BULLETIN NO. 2024-46

TO:       All Individuals in Custody

FROM:     Daniel Monti, Warden – Centralia Correctional Center

DATE:     October 7, 2024

RE:       MEDICAL EQUIPMENT PERMITS

Beginning October 8, 2024, Centralia Correctional Center Healthcare Unit will reissue new permits for medical equipment (see list below).

A nurse will visit each housing unit to evaluate medical equipment to determine the need and, if the equipment is needed, the Individual in Custody will be issued a new permit.

All permits dated prior to 10/8/24 will not be valid beyond October 31, 2024.  Possessing a valid permit will be the responsibility of the Individual in Custody.  Failure to comply will result in confiscation of equipment and a disciplinary ticket.  The Individual in Custody will then be responsible for resubmitting a medical request slip to be evaluated for the need of equipment.

#### Medical Equipment List

| | |
|---|---|
| Walker | Medical Shoes |
| Cane | Compression Socks |
| Wheelchair | Binders |
| Eyeglasses | Braces |
| Hearing Aids | Ace Wraps |
| Tactile Watches | CPAP |

*Other items not listed may qualify – if unsure, ask the nurse at the time of housing unit visit.*

**TO BE POSTED IN ALL HOUSING UNITS, ON TABLETS & ON TV.**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

P6 34

Case 3:25-cv-00382-SPM    Document 1    Filed 03/24/25    Page 56 of 64    Page ID #56
Case 3:23-cv-02428-GCS    Document 70-1    Filed 02/03/25    Page 19 of 32    Page ID
#1058



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:  MARC WACHTER                                    11/25/24
                                                        Date

ID# :  M12656

Facility:  CENTRALIA

This is in response to your grievance received on  8/7/24  . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 12/8/23    Grievance Number: E-23-21-61    Griev Loc: CENTRALIA

☑ Medical /ADA: Grieves not having a follow-up, prescriptions filled or MRI scheduled after medical furloughs on 11/7/23 & 11/9/23

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other  Mixed. A response was obtained from the HCUA regarding the MRI scheduling, it does appear there was a delay in the referral

process, but that it has since been completed. Warden is to ensure that healthcare staff are completing the necessary orders.

Records reflect the grievant has access to healthcare and has had numerous call passes since the filing of this grievance.

FOR THE BOARD:  _Rebecca Riggs_          CONCURRED:  _Latoya Hughes_
                Rebecca Riggs                            Latoya Hughes
                Administrative Review Board              Acting Director

CC: Warden,  CENTRALIA  Correctional Center
    MARC WACHTER  , ID# M12656                PAGE 8

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

P6 35

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report**

| Type of Report: | | Facility: Centralia CC | Date: 12-12-24 |
|---|---|---|---|
| ☒ Disciplinary | ☐ Investigative | | |

Name of Individual in Custody: Wachter, Marc     ID #: M12656    SMI: ☐ yes ☒ no    Race: White

Observation Date: 12-12-24    Approximate Time: 1000    ☒ a.m. ☐ p.m.    Location: North 1 4/D dayroom

**Offense(s): DR 504:** 206-Intimidation or Threats

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time individual Wachter, Marc M12656 approached N1 control pod in a very aggressive demeanor and said "If you don't get these mother fuckers out of here, they will be leaving in body bags. Zone sgt. and zone Lt were notified. Wachter was then restrained and escorted to Restrictive Housing with no further incidents. Wachter, Marc M12656 was identified by offender 360 and housing unit bed sheet.

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Hodge | 7107 | [signature] | 12-12-24 | 1051 ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

**Shift Review:** ☒ Temporary Confinement   ☐ Investigative Status   Reasons: Nature of Offense

Major Lee 85    Major [signature]    12-12-24
Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer   Comment: Nature of Offence

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

MA, Dr [signature] 776    [signature]    12/12/24
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if individual in custody refused to sign

| J. Meyer | 11176 | [signature] | |
|---|---|---|---|
| Serving Employee (Print Name) | Badge # | Signature | ID# |

12-12-24    750 ☐ a.m. ☒ p.m.
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

PG 36

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** WACHTER, MARC J          **IDOC Number:** M12656          **Race:** WHI

**Hearing Date/Time:** 12/17/2024   08:30 AM          **Living Unit:** CEN-E2-B-12          **Orientation Status:** N/A

**Incident Number:** 202404956/1 - CEN          **Status:** Final

---

DANIEL J MONTI / DJM  12/22/2024                                                12/22/24

**Chief Administrative Officer**                    **Signature**                    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

---

**Employee Serving Copy to Committed Person**                    **When Served - - Date and Time**

P6 37

State of Illinois)

County of Clinton)

### AFFIDAVIT

I, *MANL WACHTER*, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and fact.

THE REASON FOR THE ATTACHMENT FROM OTHER INMATES ARE TO ATTACH SUPPORTING EVIDENCE FOR THE FACTS AND IS NOT AN ATTEMPT TO CREATE OR FILE A CAUSE OF ACTION FOR THE OTHER INMATES WITH THIS COMPLAINT.

THERE IS MUCH MORE DOCUMENTATION AVAILABLE, HOWEVER DUE TO THE A-TYPICAL ORGANIZATIONAL PARADIGMS OF THE PLAINTIFF AND THE ASSISTANT INCLUDING ALL AVAILABLE INFORMATION WOULD ONLY LEAD TO CONFUSION.

I declare under the penalty of perjury that everything contained herein this "Affidavit" is true and accurate to the best of my knowledge and belief.

Subscribed And Sworn Before Me

_____ date of _____ 2025

/s/ _____

NONE AVAILABLE.

①

State of Illinois)

County of Clinton)

### AFFIDAVIT

I, _MARC WACHTER_, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and fact.

I SWEAR UNDER PENALTY OF PERGURY THAT I ASSISTED IN COMPLETING AND FILING THIS COMPLAINT FOR LEONARD RAPPUHURST FOR FREE UNDER THE PROTECTED RIGHT TO POLITICALY ASSOCIATE. ALL ATTEMPTS TO PREPAIRE THIS DOCUMENT ACCORDING TO THE IDOC RULES HAVE BEEN EXHAUSTED. THE INMATE LAW CLERKS SIMPLY CLAIM IGNORANCE OF THE SUBJECT MATTER TO AVOID TRANSGRESORS. THERE IS NO FORM OF MEDICAL TREATMENT OR SERVICES AVAILABLE AT CCC FOR INMATES SUFFERING FROM ASD AND NONE OF THIS COMPLAINT IS MENT TO BE VIEWED AS MALICIOUS OR FABRICATED. ALL ATTEMPTS HAVE BEEN MADE TO KEEP THIS FILING, ATTACHMANTS, EXHIBITS AND CLAIMS TO A BARE MINIMUM FOR THE COURTS AND DEFENDANTS REVIEW. HOWEVER MARC WACHTER ALSO SUFFERS FROM DIAGNOSED ASD AND HAS SEVERE A-TYPICAL ORGANIZATIONAL PARADIGMS. ASSOCIATED WITH ASD AND HAS PUT IN THE UTMOST EFFORT TO ORGANIZE THE COMPLAINT FOR NEUROTYPICAL REVIEW.

I declare under the penalty of perjury that everything contained herein this "Affidavit" is true and accurate to the best of my knowledge and belief.

Subscribed And Sworn Before Me

_____ date of _____ 2025                 /s/ 

NONE AVAILABLE.

②

STATE OF ILLINOIS )
*KED COOK* )
COUNTY OF )
*CLINTON* )

## AFFIDAVIT

I _____ *Bryn Stewart* _____ do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts.

_I swear upon penalty of perjury that_
_my limited movement, extreme pain, and significant_
_difficulties are reported accurately, to the best_
_of my abilities by requests, grievances, appeals_
_and some attempts at manipulation to reduce this_
_suffering and pain._
_I wish the Defendants to be notified of_
_my rights under law to access reasonable medical_
_evaluation and treatment, access ADA assistive_
_services and have my complaints addressed timely_
_and appropriately, to be free from cruel & unusual_
_punishment and to be treated fairly_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained
herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not
taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this *21* day of *NOV 2024* _____

_Bryn Stewart_

Affiant



STATE OF ILLINOIS )
)
COUNTY OF )
_Iriquois_ )

## AFFIDAVIT

I _MARC WACHTER M12656_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

THESE ATTACHED GRIEVANCES SHOW THE ABSOLUTE inflexability of Leonard BADENHORSTS APPLICATION OF RULES, ADMIN DIRECTIONS AND support THE OBSERVATION THAT LEONARD BADENHORST MUST LITERALLY AND STRICTLY apply rules THAT MOST neuro TYPICAL inmates KNOW TO BE INAPPLICABLE TO DAILY PRISON life, as well support THE OBSERVATION THAT LEONARD BADENHORST HAS AN UNUSUALLY DIFFICULT Time NAVIGATING social encounters with STAFF AND Inmates. These GRIEVANCES were NOT intended TO DISPLAY absolute proof of anything. However, Documented exhibits AND Technical EXPERT EXPLANATIONS of AN issue such AS ASD AND ASSOCIATED available information is incredibly SCARCE in THIS ENVIRONMENT.

ATTACHED AS WELL is THE MERIT REVIEW APPROVED FOR BY MARC WACHTER IN THE UNITED STATES DISTRICT COURT (SD) confirming THAT TESTING IN IDOC FOR ASD is BEING REFUSED TO LEONARD BADENHORST BECAUSE OF current LITIGATION surrounding services FOR ASD AND THE COST.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _27_ day of _AUGUST_, _2024_

_____ Affiant

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 13, 2025

9/3/24

STATE OF ILLINOIS    )
                     )
COUNTY OF            )
_IROQUOIS_           )

### AFFIDAVIT

I _LEONARD BADELHORST_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

I HAVE DISCUSSED AT LENGTH WITH INMATES AND MENTAL HEALTH STAFF AS WELL AS SECURITY STAFF AND THE ADMINISTRATION MY SYMPTOMS OF ASD AND HAVE SOUGHT ALL THE HELP AND DIAGNOSTICS POSSIBLE TO NO AVAIL. I AGREE THAT THE EXPLANATION OF THESE OBSERVED SYMPTOMS ARE AS ACCURATE AS THEY CAN BE AS THEY ARE OBSERVATIONS OF LAY PEOPLES.

I AFFIRM THAT THESE SYMPTOMS ARE GENUINE AND SUBSTANTIALLY AFFECT MY LIFE THEN AND NOW AND BELIEVE THIS ISSUE OF FITNESS IS BROUGHT TO THE BEST OF MY ABILITY AND AVAILABLE LAY HELP IN GOOD FAITH.

I AM TRYING TO GET INDEPENDENTLY TESTED BUT DO NOT CURRENTLY HAVE THE FINANCIAL MEANS.

I AFFIRM ALL ATTEMPTS TO DO THESE FILINGS WERE DONE TO THE BEST OF MY ABILITY WITH ALL AVAILABLE SERVICES BUT DUE TO SYMPTOMS OF ASD AND ANDERR DYSGRAPHIA MANY HAVE BEEN DELIBERATELY DELAYED BY DISCRIMINATION.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

Signed on this _2nd_ day of _September_ _2024_

_____ Affiant

STATE OF ILLINOIS )
FCO COCNT )
COUNTY OF )
COCNTON )

## AFFIDAVIT

I _____ LEORAND BANQ HOAST _____ do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts.

I SWEAR UNDER PENALTY OF PERJURY
I DONOT WISH TO ENDURE THESE SEXUAL ENCOUNTERS
BY Predatory Inmates AND manipulations. I have made
Dozens of Documented Attempts to keep myself as safe
as possible by being around people of trust. I have
requested many Times For HeiP with my Adverse symptoms
I have Asked FOR HELP BY INMATES when no HELP was available
From STAFF.
I Affirm my criminal case stems From An Autistic
MELTDOWN Against an Abuser of my mother And I. I
Accidently beat him to Death During This involuntary FIT
And as a result I am Triggered to street Trouble, create
conflict, OR otherwise Be Forced to PHYSICALLY Defend myself
in Fear of more Fatal Episodes That can only be controlled
By Training And management From Treatment and Services
of Autism. These FLAWS of Real results have Led in my opinion
, to constant Agreements to Perform Sexual Acts or Inmates
To avoid more consequences Associated with Unmanaged Autism.
I wish Defendants to notified of my Rights to
be Free From This Abuse And Placed in a Housing Assignment
where I can be Assisted Temporabily Until This can be
resolved.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained
herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not
taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 21 day of NOV 2024

Affiant